Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **HemCon Medical Technologies, Inc.** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | **FDBA HemCon, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **93-1321343** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**  **720 SW Washington St., Ste. 260**  **Portland, OR 97205**  Number, Street, City, State & ZIP Code  **Multnomah**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **http://www.hemcon.com/** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership  ☐ Other. Specify: _____ |

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |
| | |
| | B. *Check all that apply* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. §80a-3) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/. |
| | **339110** |

| 8. Under which chapter of the Bankruptcy Code is the Debtor filing? | *Check one:* |
|---|---|
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ■ Chapter 11. *Check all that apply*: |
| |     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that). |
| |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |     ☐ A plan is being filed with this petition. |
| |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☐ No. |
|---|---|
| If more than 2 cases, attach a separate list. | ■ Yes. |
| | District **District of Oregon** When **4/10/12** Case number **12-32652-elp11** |
| | District _____ When _____ Case number _____ |

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No |
|---|---|
| | ☐ Yes. |
| List all cases. If more than 1, attach a separate list | Debtor _____ Relationship to you _____ |
| | District _____ When _____ Case number, if known _____ |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signature |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 15, 2016**
MM / DD / YYYY

X **/s/ Michael Wax**       **Michael Wax**
Signature of authorized representative of debtor      Printed name

Title  **President & CEO**

**18. Signature of attorney**

X **/s/ Timothy J. Conway OSB No.**       Date **January 15, 2016**
Signature of attorney for debtor      MM / DD / YYYY

**Timothy J. Conway OSB No.**
Printed name

**Tonkon Torp LLP**
Firm name

**1600 Pioneer Tower**
**888 SW Fifth Ave**
**Portland, OR 97204-2099**
Number, Street, City, State & ZIP Code

Contact phone **503-221-1440**      Email address **tim.conway@tonkon.com**

**851752**
Bar number and State

**Albert N. Kennedy**, OSB No. 821429 (Lead Attorney)
 Direct Dial: (503) 802-2013
 Facsimile: (503) 972-3713
 E-Mail: al.kennedy@tonkon.com
**Timothy J. Conway**, OSB No. 851752
 Direct Dial: (503) 802-2027
 Facsimile: (503) 972-3727
 E-Mail: tim.conway@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

    Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>HemCom Medical Technologies, Inc.,<br><br>    Debtor. | Case No.<br><br>**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PURSUANT TO RULE 2016(b)** |

    Tonkon Torp LLP ("Tonkon"), pursuant to Bankruptcy Rule 2016(b), states that:

    1.    Tonkon has been engaged by Debtor herein to act as its general bankruptcy counsel in this case.

    2.    In the 12 months prior to the filing of this Chapter 11 case, Tonkon received payments totaling $129,214.92 for prepetition fees, costs, and expenses related to work performed for Debtor. All payments were made to Tonkon from the Debtor.

    3.    The filing fee for commencing this Chapter 11 case will be paid in full.

    4.    The source of payments to be made by Debtor to Tonkon for legal services, filing fees, and costs incurred in or in connection with this case will be from the

Page 1 of 2 - DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
        PURSUANT TO RULE 2016(b)

1 | Debtor and from property of the bankruptcy estate.

2 |       5.    Tonkon has not shared or agreed to share with any person, other than
3 | its members, any compensation paid or to be paid.
4 |     DATED this 15th day of January, 2016.
5 |              TONKON TORP LLP

7 |             By */s/ Timothy J. Conway*
8 |                Albert N. Kennedy, OSB No. 821429
                Timothy J. Conway, OSB No. 851752
                Attorneys for Debtor

035365/00006/6910476v1

Page 2 of 2 - DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
PURSUANT TO RULE 2016(b)

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **HemCon Medical Technologies, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF OREGON** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sussex Associates, LP<br>24200 SW Freeway #402-285<br>Rosenberg, TX 77471 | Paul Conrad (Registered Agent)<br>paul@paulconradcpa.com<br>281-841-2753 | Loan | | $5,154,000.00 | Unknown | Unknown |
| Grace Christian Ministries, Inc<br>15401 Bellaire Blvd.<br>Houston, TX 77083 | Allan Levine - Attorney<br>alevine@csj-law.com<br>713-659-7617 | Promissory Note | | | | $1,200,000.00 |
| Barry Starkman<br>7447 SW Hergert Rd.<br>Cornelius, OR 97113 | Barry Starkman<br>barry.starkman@gmail.com<br>503-367-4586 | Arbitration Award | | | | $300,000.00 |
| Innovize<br>500 Oak Grove Parkway<br>St. Paul, MN 55127 | Patrick Thielen<br>ptheilen@theintegreisgroup.com<br>651-486-3639 | Trade Creditor | | | | $250,980.00 |
| SSOE Group<br>7431 NW Evergreen Parkway, Suite 210<br>Portland, OR 97205 | Steve Cruft<br>scruft@ssoe.com<br>503-213-4232 | Building contractor. | | | | $218,162.47 |
| Icon Pool 3 West, LLC<br>Two North Riverside Plaza<br>Suite 2350<br>Chicago, IL 60606 | Adam Starr<br>adamstarr@markowitzherbold.com<br>503-295-3085 | Leasehold restoration claim by previous landlord. | Disputed | | | $173,125.73 |
| Quality Bioresources, Inc.<br>1015 North Austin Street<br>Seguin, TX 78155 | Claudia Briell<br>cbriell@qualbio.com<br>830-372-4797 x204 | Trade Creditor | | | | $93,163.90 |

| Debtor | HemCon Medical Technologies, Inc. | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Innovize 500 Oak Grove Parkway St. Paul, MN 55127 | Patrick Thielan ptheilen@theintegreisgroup.com 651-486-3639 | Loan. | | | | $89,319.00 |
| Miller Nash LLP POB 3585 Portland, OR 97208-3585 | Erich Merrill erich.merrill@millernash.com 503-224-5858 | Patent services. | | | | $77,342.69 |
| Washington County Tax Collector 155 N 1st Ave. Room 130 Hillsboro, OR 97124 | Marti Fitzgerarld marti_fitzgerald@co.washington.or.us 503-846-8741 | Taxes | | | | $52,456.44 |
| Paul Taylor 14743 Himebaugh Plaza Omaha, NE 68116 | | Promissory Note. | | | | $50,000.00 |
| NSAI Inc. Nat'l Standards Auth. of Ireland Finance & Administration 20 Trafalgar Square Suite 603 Nashua, NH 03063 | Lisa Robuccio lisa.robuccio@nsaiinc.com 603-882-4412 | Trade Creditor | | | | $26,942.15 |
| WuXi AppTec, Inc. 2540 Executive Dr. Saint Paul, MN 55120 | Scott Kramer field.support@wuxiapptec.com 770-514-0262 | Trade Creditor | | | | $21,953.31 |
| TSI Manufacturing LLC 60025 East Ridgeview Drive Bend, OR 97702 | Bob Smith bob.smith@tsimfg.com 541-318-0500 | Trade Creditor | | | | $19,245.00 |
| Michael L. Larson Company, P.C. 5665 Meadows Road, Suite 310 Lake Oswego, OR 97035 | Mary Jo mike@mlarsoncpa.com 503.-968-8152 | Tax services. | | | | $18,024.00 |
| Boyd Corporation 600 So McClure Road Modesto, CA 95357 | Karen Anderson kanderson@boydcorp.com 209-491-4711 | Trade Creditor | | | | $15,561.25 |
| Larry L. Alloway 3814 S. Genoa Circle Unit B Aurora, CO 80013 | | Promissory Note | | | | $15,000.00 |

| Debtor | HemCon Medical Technologies, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| STERIS Isomedix<br>2500 Commerce Drive<br>Libertyville, IL 60048 | Jessica Tibbetts<br><br>jessica_tibbetts@steris.com<br>310-906-6314 | **Trade Creditor** | | | | $13,686.24 |
| Healthcare Manufaktur GmbH<br>Gustav-Heinemann-Ufer 56<br>50968 Koln<br>GERMANY | Frank Birnbaum<br><br>frank.birnbaum@healthcare-manufaktur.de<br>+49 221 34029374 | **Trade Creditor** | | | | $12,700.00 |
| Judy Wadhams<br>815 North 95th St.<br>Lincoln, NE 68505 | | **Promissory Note** | | | | $10,000.00 |
| Jared Peek<br>1440 208th Drive<br>Seward, NE 68434 | | **Promissory Note** | | | | $10,000.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **HemCon Medical Technologies, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 15, 2016**         X **/s/ Michael Wax**
                                             Signature of individual signing on behalf of debtor

                                             **Michael Wax**
                                             Printed name

                                             **President & CEO**
                                             Position or relationship to debtor

| | |
|---|---|
| 1 | **Albert N. Kennedy**, OSB No. 821429 (Lead Attorney) |
| |    Direct Dial:   (503) 802-2013 |
| 2 |    Facsimile:    (503) 972-3713 |
| |    E-Mail:       al.kennedy@tonkon.com |
| 3 | **Timothy J. Conway**, OSB No. 851752 |
| |    Direct Dial:   (503) 802-2027 |
| 4 |    Facsimile:    (503) 972-3727 |
| |    E-Mail:       tim.conway@tonkon.com |
| 5 | **TONKON TORP LLP** |
| | 1600 Pioneer Tower |
| 6 | 888 S.W. Fifth Avenue |
| | Portland, OR 97204 |

      Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | Case No. |
|---|---|
| HemCom Medical Technologies, Inc., | **CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE** |
| Debtor. | |

      I hereby certify that I served (1) a copy of the **LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS,** (2) address mailing labels for Debtor, Debtor's attorney, and a contact person for each creditor on the list, and (3) this Certificate of Service, on the U.S. Trustee at 620 SW Main Street, Room 213, Portland, Oregon 97205 by causing a copy thereof to be e-mailed on January 15, 2016. I hereby further certify that each

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

Page 1 of 2 - CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE

| | |
|---|---|
| 1 | of the above items was hand delivered to the U.S. Trustee at the address set forth above on |
| 2 | January 15, 2016. |
| 3 | DATED this 15th day of January, 2016. |
| 4 | TONKON TORP LLP |
| 5 | |
| 6 | By */s/ Timothy J. Conway* |
| | Albert N. Kennedy, OSB No. 821429 |
| 7 | Timothy J. Conway, OSB No. 851752 |
| | Attorneys for Debtor |
| 8 | 035365/00006/6910513v1 |

**Page 2 of 2** - CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE

TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440