Carla G. McClurg, CSB# 227738
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Room 213
Portland, OR 97205
Tel: (503) 326-7659
Email: carla.mcclurg@usdoj.gov

Attorney for Gail Brehm Geiger, Acting United States Trustee for Region 18

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | Case No. 16-30119-pcm11 |
|---|---|
| HemCon Medical Technologies, Inc.<br><br>Debtor. | APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

Pursuant to sections 1102(a) and (b) of the Bankruptcy Code, the following creditors of the above-named debtor being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

| | |
|---|---|
| Grace Christian Ministries, Inc.<br>c/o Dr. Ioayo Ajim<br>15401 Bellaire Blvd.<br>Houston, TX 77083<br><br>    Chair | Phone: (281) 773-2758<br>Email: draaajim@gmail.com |
| Barry Starkman<br>7447 SW Hergert Rd.<br>Cornelius, OR 97113 | Phone: (503) 367-4586<br>Email: barry.starkman@gmail.com |
| Healthcare Manufaktur GmbH<br>c/o Dr. Frank Birnbaum<br>Gustav-Henemann-Ufer 56<br>50996 Koln<br>Germany | Phone: 49 176 70419813<br>Email: frank.birnbaum@healthcare-manufaktur.de |

DATED this 22nd day of January, 2016.

                                                      Respectfully submitted,
                                                      GAIL BREHM GEIGER
                                                      Acting U.S. Trustee for Region 18

                                                     /s/ Carla G. McClurg
                                                      Carla G. McClurg, CSB# 227738
                                                      Trial Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2016, I served a copy of the foregoing APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS by mailing a copy of this document, by United States first-class mail, postage prepaid, addressed to the following:

HemCon Medical Technologies, Inc.
720 SW Washington St., Ste. 260
Portland, OR 97205

I further certify that on January 26, 2015, I served a copy of the foregoing by sending a copy of this document by email to the committee members named herein.

                                              GAIL BREHM GEIGER
                                              Acting U.S. Trustee for Region 18

                                              /s/ Carla G. McClurg
                                              Carla G. McClurg, CSB# 227738
                                              Trial Attorney