Carla G. McClurg, CSB# 227738
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Room 213
Portland, OR 97205
Tel: (503) 326-7659
Email: carla.mcclurg@usdoj.gov

Attorney for Gail Brehm Geiger, Acting United States Trustee for Region 18

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re<br><br>HemCon Medical Technologies, Inc.<br><br>Debtor. | Case No. 16-30119-pcm11<br><br>AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS<br><br>*Amended only to reflect correct spelling of committee chair representative's name* |
|---|---|

Pursuant to sections 1102(a) and (b) of the Bankruptcy Code, the following creditors of the above-named debtor being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

| Grace Christian Ministries, Inc.<br>c/o Dr. Ayo Ajim<br>15401 Bellaire Blvd.<br>Houston, TX 77083<br>    Chair | Phone: (281) 773-2758<br>Email: draaajim@gmail.com |
|---|---|
| Barry Starkman<br>7447 SW Hergert Rd.<br>Cornelius, OR 97113 | Phone: (503) 367-4586<br>Email: barry.starkman@gmail.com |
| Healthcare Manufaktur GmbH<br>c/o Dr. Frank Birnbaum<br>Gustav-Henemann-Ufer 56<br>50996 Koln<br>Germany | Phone: 49 176 70419813<br>Email: frank.birnbaum@healthcare-manufaktur.de |

Page 1 of 2 -  AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

DATED this 25th day of January, 2016.

                                          Respectfully submitted,
                                          GAIL BREHM GEIGER
                                          Acting U.S. Trustee for Region 18

                                          /s/ Carla G. McClurg
                                          Carla G. McClurg, CSB# 227738
                                          Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2016, I served a copy of the foregoing AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS by mailing a copy of this document, by United States first-class mail, postage prepaid, addressed to the following:

HemCon Medical Technologies, Inc.
720 SW Washington St., Ste. 260
Portland, OR 97205

I further certify that on January 25, 2016, I served a copy of the foregoing by sending a copy of this document by email to the committee members named herein.

>GAIL BREHM GEIGER
>Acting U.S. Trustee for Region 18
>
>  /s/ Carla G. McClurg
>Carla G. McClurg, CSB# 227738
>Trial Attorney