**GOLDSTEIN & MCCLINTOCK LLLP**
208 South LaSalle Street, Suite 1750
Chicago, Illinois 60604
**Matthew E. McClintock, Esq.** (*pro hac vice pending*) (Lead Attorney)
Direct Dial: (312) 219-6732
Facsimile: (312) 277.2305
E-mail: mattm@goldmclaw.com
**Thomas R. Fawkes, Esq.** (*pro hac vice pending*)
Direct Dial: (312) 219-6702
Facsimile: (312) 216-0734
E-mail: tomf@goldmclaw.com

**ZUPANCIC RATHBONE LAW GROUP, P.C.**
4949 Meadows Road, Suite 600
Lake Oswego, Oregon 97035
**Marjorie A. Elken, Esq.** (OSB No. 073368)___
Direct Dial: (503) 210-2242
Facsimile: (503) 968-8017
Email: MElken@zrlawgroup.com

Proposed Counsel to the Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No.: 16-30119-pcm11 |
| | ) |
| HemCon Medical Technologies, Inc. | ) **APPLICATION FOR AUTHORITY TO** |
| | ) **EMPLOY GOLDSTEIN & McCLINTOCK** |
| Debtor. | ) **LLLP AS LEAD COUNSEL FOR THE** |
| | ) **OFFICIAL COMMITTEE FOR** |
| | ) **UNSECURED CREDITORS** *NUNC PRO* |
| | ) *TUNC* **TO JANUARY 22, 2016** |

The Official Committee of Unsecured Creditors (the "*Committee*") appointed in the above-captioned bankruptcy case, pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "*Bankruptcy Code*") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), hereby submits this ex parte application (the "*Application*") for authority to employ Goldstein & McClintock LLLP ("*G&M*") as lead counsel to the Committee *nunc pro tunc* to January 22, 2016. In support hereof, the Committee submits the

**Page 1 of 6 –** APPLICATION FOR AUTHORITY TO EMPLOY GOLDSTEIN & MCCLINTOCK
LLLP AS LEAD COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS *NUNC PRO TUNC* TO JANUARY 22, 2016

Declaration of Matthew E. McClintock (the "*McClintock Declaration*"), attached hereto as Exhibit A and respectfully represents as follows:

## BACKGROUND

1. On January 15, 2016, the above-captioned debtor (the "*Debtor*") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Oregon (the "*Court*"). This case (the "*Chapter 11 Case*") is currently being administered under case number 16-30119-pcm11. The Debtor continues to operate its business and manage its properties as a debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. On January 22, 2016, the Office of the United States Trustee appointed the Committee as an official committee to represent the interests of unsecured creditors of the Debtor pursuant to section 1102 of the Bankruptcy Code [*See* Docket No. 31, as amended by Docket No. 41].

3. The Committee is comprised of the following members:

| Member | Primary Representative |
|---|---|
| Grace Christian Ministries, Inc. | Dr. Ayo Ajim (Chair) |
| Barry Starkman | Barry Starkman |
| Healthcare Manfaktur GmbH | Dr. Frank Birnbaum |

4. On January 22, 2016, the Committee selected Goldstein & McClintock LLLP as its lead counsel, and Zupancic Rathbone Law Group, P.C. ("*ZP*") as its Oregon counsel (to ensure compliance with local rules and to increase efficiency). G&M and ZP will make every effort to avoid duplication of work, and to represent the Committee as efficiently as practicable.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This Application constitutes a core proceeding pursuant to 28 U.S.C. § 157.

6. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

Goldstein & McClintock LLLP
208 S. LaSalle St., Suite 1750
Chicago, Illinois 60604
(312) 337-7700

**RELIEF REQUESTED**

7.    By this Application, the Committee respectfully requests that this Court enter an order authorizing it to employ G&M as counsel to the Committee, pursuant to section 1103 of the Bankruptcy Code and Bankruptcy Rule 2014, *nunc pro tunc* to January 22, 2016.

**G&M'S QUALIFICATIONS**

8.    G&M has extensive experience and knowledge in the fields of corporate reorganization and bankruptcy law, and is particularly well qualified for the type of representation that is required by the Committee.  G&M has substantial experience in a number of areas of the law that may generate issues in these cases.  Accordingly, G&M possesses the requisite expertise and background to handle matters that are likely to arise in this case.

**SERVICES PROVIDED**

9.    The Committee contemplates that G&M will provide the full range of services required to represent the Committee in the course of this Chapter 11 Case including:

(a)    advising the Committee on all legal issues as they arise;

(b)    representing and advising the Committee regarding the terms of any sales of assets or plans of reorganization or liquidation, and assisting the Committee in negotiations with the Debtor and other parties;

(c)    investigating the Debtor's assets and pre-bankruptcy conduct;

(d)    preparing, on behalf of the Committee, all necessary pleadings, reports, and other papers;

(e)    representing and advising the Committee in all proceedings in these cases;

(f)    assisting and advising the Committee in its administration; and

(g)    providing such other services as are customarily provided by counsel to a creditors' committee in cases of this kind.

Goldstein & McClintock LLLP
208 S. LaSalle St., Suite 1750
Chicago, Illinois 60604
(312) 337-7700

1  10.  G&M partners Matthew E. McClintock and Thomas R. Fawkes are seeking

2  admission to the Court *pro hac vice* concurrently with the filing of this Application.  The G&M

3  professionals expected to work on this case have reviewed Local Bankruptcy Rule 2016.

4  ## TERMS OF EMPLOYMENT

5  11.  The Committee requests that all legal fees and related costs incurred by the

6  Committee on account of services rendered by G&M in these cases be paid as administrative

7  expenses of the Debtor's estate in accordance with the Bankruptcy Code and applicable orders

8  entered in these cases.  Subject to the Court's approval, G&M will charge for its legal services

9  on an hourly basis, billed in tenth-of-an-hour increments, in accordance with its hourly rates in

10  effect on the date that such services were rendered.  G&M's billing rates for attorneys for the

11  2016 calendar year range from approximately $195.00 per hour for associates to $725.00 per

12  hour for senior partners, though no attorney with a billing rate in excess of $435.00 per hour is

13  expected to spend substantial time on the case.  Time devoted by legal assistants for the 2016

14  calendar year range from approximately $135.00 to $255.00 per hour.  These hourly rates are

15  typically subject to periodic adjustments to reflect economic and other conditions.[1]  As an

16  accommodation to the Debtor's estate, G&M will not charge for non-working travel time.

17  12.  The names, position, and hourly rates for the 2016 calendar year of the G&M

18  professionals expected to be primarily responsible for providing services to the Committee

19  include: Thomas R. Fawkes – partner ($435/hour), Matthew E. McClintock – partner

20  ($435/hour), and Sean Williams – associate ($285/hour).  In addition, from time to time, it will

21  be necessary for other G&M professionals to provide services to the Committee.

22  13.  G&M intends to charge for identifiable, non-overhead expenses incurred in

23  connection with the case that would not have been incurred except for representation of the

24

25  [1]  The rates charged by each G&M professional differ based on, among other things, the
26  geographic location of the office in which such professional is resident, such professional's level
   of experience, and the rates normally charged by similar professionals.

**Page 4 of 6 –** APPLICATION FOR AUTHORITY TO EMPLOY GOLDSTEIN & MCCLINTOCK
        LLLP AS LEAD COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
        CREDITORS *NUNC PRO TUNC* TO JANUARY 22, 2016

1 Committee. G&M will charge only the amount actually incurred by G&M in connection with

2 such items. Examples of such expenses are postage, overnight mail, courier delivery,

3 photocopying, travel expenses, and meals and lodging. G&M will maintain detailed records of

4 any actual and necessary costs incurred in connection with the aforementioned legal services.

5     14.    The Committee is requesting that this Application be approved retroactively to

6 January 22, 2016, the date that G&M was selected as counsel to the Committee. Courts have

7 held that retroactive approval of a professional may be granted by the bankruptcy court if timely

8 requested and justified by the circumstances of the case. *See, e.g., In re Mahoney, Trocki &*

9 *Associates, Inc.*, 54 B.R. 823, 825 (Bankr. S.D. Cal. 1985); *Matter of Laurent Watch Co., Inc.*,

10 539 F.2d 1231 (9th Cir. 1976). This Application is being submitted less than one week after

11 G&M was selected as counsel and retroactive approval of the Application is appropriate under

12 the circumstances.

13            **G&M'S DISINTERESTEDNESS**

14     15.    G&M does not have any connection with the Debtor, any other creditor of the

15 same class as the Committee, or other parties in interest or their respective attorneys, except as

16 set forth in the McClintock Declaration, and is a "disinterested person" as that term is defined in

17 section 101(14) of the Bankruptcy Code. *See* Rule 2014 Verified Statement for Professional,

18 filed concurrently herewith.

19                 **NOTICE**

20     16.    Notice of this Application will be provided to: (a) the Office of the United States

21 Trustee for the District of Oregon; (b) counsel to the Debtor; (c) the top 20 unsecured creditors

22 listed in the Debtor's schedules; and (d) any other party requesting service of pleadings in this

23 chapter 11 case via CM/ECF. The Committee respectfully submits that no further notice is

24 required under the circumstances.

25

26

**Page 5 of 6** – APPLICATION FOR AUTHORITY TO EMPLOY GOLDSTEIN & MCCLINTOCK
        LLLP AS LEAD COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
        CREDITORS *NUNC PRO TUNC* TO JANUARY 22, 2016

Goldstein & McClintock LLLP
208 S. LaSalle St., Suite 1750
Chicago, Illinois 60604
(312) 337-7700

1        **WHEREFORE**, the Committee respectfully requests the entry of an order

2 (a) authorizing and approving the employment of G&M as counsel to the Committee *nunc pro*

3 *tunc* to January 22, 2016 and (b) granting such other and further relief as the Court deems

4 appropriate.

5 Dated: January 26, 2016            Respectfully submitted,

6                                        **THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS OF HEMCON**

7                                          **MEDICAL TECHNOLOGIES, INC.**

8                       /s/ Dr. Ayo Ajim

9                       Dr. Ayo Ajim – Committee Chairperson

10 Submitted by:

11    /s/ Marjorie A. Elken

12 **Marjorie A. Elken, Esq.** (OSB No. 073368)
ZUPANCIC RATHBONE LAW GROUP, P.C.

13 4949 Meadows Road, Suite 600
Lake Oswego, Oregon 97035

14 Direct Dial: (503) 210-2242
Facsimile: (503) 968-8017

15 Email: MElken@zrlawgroup.com

16 *Proposed Counsel for the Official Committee of Unsecured Creditors*

17

18

19

20

21

22

23

24

25

26

**Page 6 of 6** – APPLICATION FOR AUTHORITY TO EMPLOY GOLDSTEIN & MCCLINTOCK
              LLLP AS LEAD COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
              CREDITORS *NUNC PRO TUNC* TO JANUARY 22, 2016

Goldstein & McClintock LLLP
208 S. LaSalle St., Suite 1750
Chicago, Illinois 60604
(312) 337-7700

1   **GOLDSTEIN & MCCLINTOCK LLLP**
    208 South LaSalle Street, Suite 1750
2   Chicago, Illinois 60604
    **Matthew E. McClintock, Esq.** (*pro hac vice pending*) (Lead Attorney)
3   Direct Dial:  (312) 219-6732
    Facsimile:  (312) 277.2305
4   E-mail:  mattm@goldmclaw.com
    **Thomas R. Fawkes, Esq.** (*pro hac vice pending*)
5   Direct Dial:  (312) 219-6702
    Facsimile:  (312) 216-0734
6   E-mail:  tomf@goldmclaw.com

7   **ZUPANCIC RATHBONE LAW GROUP, P.C.**
8   4949 Meadows Road, Suite 600
    Lake Oswego, Oregon 97035
9   **Marjorie A. Elken, Esq.** (OSB No. 073368)___
    Direct Dial:  (503) 210-2242
10  Facsimile:  (503) 968-8017
    Email:  MElken@zrlawgroup.com

11
    Proposed Counsel to the Official Committee of Unsecured Creditors
12
13              **UNITED STATES BANKRUPTCY COURT**
                     **DISTRICT OF OREGON**
14

15  In re                                    )  Case No.: 16-30119-pcm11
    HemCon Medical Technologies, Inc.        )
16                  Debtor.                   )
                                             )  **DECLARATION OF MATTHEW E.**
17                                           )  **MCCLINTOCK IN SUPPORT OF**
                                             )  **APPLICATION FOR AUTHORITY TO**
18                                           )  **EMPLOY GOLDSTEIN & McCLINTOCK**
                                             )  **LLLP AS LEAD COUNSEL FOR THE**
19                                           )  **OFFICIAL COMMITTEE OF**
                                             )  **UNSECURED CREDITORS** *NUNC PRO*
20                                           )  *TUNC* **TO JANUARY 22, 2016**
21  _____ )

22

23  I, Matthew E. McClintock, being duly sworn, state the following under penalty of perjury.

24          1.      I am a partner in the law firm of Goldstein & McClintock LLLP ("*G&M*"), which

25  has offices at, among others, 208 S. LaSalle St, Suite 1750, Chicago, Illinois 60604.  I am a

26  member in good standing of the Bar of the State of Illinois and the Bar of the State of Georgia,

**Page 1 of 5** – DECLARATION OF MATTHEW E. MCCLINTOCK IN SUPPORT OF
            APPLICATION FOR AUTHORITY TO EMPLOY GOLDSTEIN & MCCLINTOCK
            LLLP

1 and am admitted to practice before the Supreme Court of Illinois, the Third and Seventh Circuit
2 Courts of Appeals, the United States District Courts for the Northern, Central, and Southern
3 Districts of Illinois, and the Eastern District of Wisconsin. There are no disciplinary proceedings
4 pending against me.

5      2.     I am in all respects competent to make this declaration in support of the
6 application (the "*Application*") of the Official Committee of Unsecured Creditors (the
7 "*Committee*") to retain G&M as its lead counsel in the above-captioned chapter 11 case pursuant
8 to section 1103 of the United States Code (the "*Bankruptcy Code*") and Rule 2014 of the Federal
9 Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") *nunc pro tunc* to January 22, 2016.

10      3.     In connection with this case, the Committee has requested authority to retain
11 G&M as the Committee's lead counsel. The Committee seeks to retain G&M, subject to the
12 oversight and orders of the Court, to advise the Committee with respect to certain matters,
13 including, in part, the following:

14         (a)     advising the Committee on all legal issues as they arise;

15         (b)     representing and advising the Committee regarding the terms of any sales
16                 of assets or plans of reorganization or liquidation, and assisting the
17                 Committee in negotiations with the Debtor and other parties;

18         (c)     investigating the Debtor's assets and pre-bankruptcy conduct;

19         (d)     preparing, on behalf of the Committee, all necessary pleadings, reports,
20                 and other papers;

21         (e)     representing and advising the Committee in all proceedings in this case;

22         (f)     assisting and advising the Committee in its administration; and

23         (g)     providing such other services as are customarily provided by counsel to a
24                 creditors' committee in cases of this kind

25

26

**Page 2 of 5** – DECLARATION OF MATTHEW E. MCCLINTOCK IN SUPPORT OF
               APPLICATION FOR AUTHORITY TO EMPLOY GOLDSTEIN & MCCLINTOCK
               LLLP

1    4.    G&M partners Matthew E. McClintock and Thomas R. Fawkes are seeking

2    admission to this Court *pro hac vice* concurrently with the filing of this Application.  The G&M

3    professionals expected to work on this case have reviewed Local Bankruptcy Rule 2016.

4    5.    G&M requests that all legal fees and related costs incurred by the Committee on

5    account of services rendered by G&M in this case be paid as administrative expenses of the

6    Debtor's estate in accordance with the Bankruptcy Code and applicable orders entered in this

7    case.

8    6.    Subject to the Court's approval, G&M will charge for its legal services on an

9    hourly basis, billed in tenth-of-an-hour increments, in accordance with its hourly rates in effect

10    on the date that such services were rendered.  G&M's billing rates for attorneys for the 2016

11    calendar year range from approximately $195.00 per hour for associates to $725.00 per hour for

12    senior partners, though no attorney with a billing rate in excess of $435.00 per hour is expected

13    to spend substantial time on the case.  Time devoted by legal assistants for the 2016 calendar

14    year range from approximately $135.00 to $255.00 per hour.  These hourly rates are typically

15    subject to periodic adjustments to reflect economic and other conditions.[1]  As an accommodation

16    to the Debtor's estate, G&M will not charge for non-working travel time.

17    7.    The names, position, and hourly rates for the 2016 calendar year of the G&M

18    professionals expected to be primarily responsible for providing services to the Committee

19    include: Thomas R. Fawkes – partner ($435/hour), Matthew E. McClintock – partner

20    ($435/hour), and Sean Williams – associate ($285/hour).  In addition, from time to time, it will

21    be necessary for other G&M professionals to provide services to the Committee.

22    8.    G&M will charge for identifiable, non-overhead expenses incurred in connection

23    with the chapter 11 case that would not have been incurred except for representation of the

24

25    [1]    The rates charged by each G&M professional differ based on, among other things, the
26    geographic location of the office in which such professional is resident, such professional's level
     of experience, and the rates normally charged by similar professionals.

**Page 3 of 5 –** DECLARATION OF MATTHEW E. MCCLINTOCK IN SUPPORT OF
          APPLICATION FOR AUTHORITY TO EMPLOY GOLDSTEIN & MCCLINTOCK
          LLLP

1   Committee.  G&M charges only the amount actually incurred by G&M in connection with such

2   items.  Examples of such expenses are postage, overnight mail, courier delivery, photocopying,

3   meals, travel expenses, and lodging.

4       9.      G&M ran a conflicts search for (a) each party listed in the list of the "top 20"

5   unsecured creditors filed by the Debtor with its bankruptcy petition, (b) all professionals

6   employed in the chapter 11 case, and (c) all persons listed as working in the Portland, OR office

7   of the Office of the United States Trustee (Region 18).

8       10.     Neither I, nor G&M, nor any partner or associate thereof, insofar as I have been

9   able to ascertain (a) hold or represent any interest adverse to the Committee; (b) represent a

10  creditor of the same class as any member of the Committee in connection with this case, or (c)

11  represent any other entity in connection with this case having an interest adverse to the

12  Committee.  Further, insofar as I have been able to ascertain, and other than having

13  communicated with counsel to several unsecured creditors, other than in connection with its

14  representation of the Committee in this case, G&M has no connection (connection being defined

15  as a biological or contractual relationship) with the Debtor, its creditors, or any other party in

16  interest herein, or their respective attorneys or accountants.

17      11.     Some of G&M's professionals, in connection with their current employment, or

18  before joining G&M, were engaged in cases, proceedings, and transactions involving, or were

19  colleagues of, certain professionals, some of whom may represent claimants and parties in

20  interest in the Debtor's case.  To the best of my knowledge, none of these professional relations

21  constitute interests materially adverse to the Debtor in matters upon which G&M is to be

22  engaged in this chapter 11 case.

23      12.     I believe that (i) G&M is disinterested, as that term is defined in Section 101(14)

24  of the Bankruptcy Code, and (ii) G&M does not represent any interest materially adverse to the

25  interests of the Debtor's estates or any class of creditors or equity security holders thereof.  *See*

26  Rule 2014 Verified Statement for Professional filed concurrently herewith.

**Page 4 of 5** – DECLARATION OF MATTHEW E. MCCLINTOCK IN SUPPORT OF
              APPLICATION FOR AUTHORITY TO EMPLOY GOLDSTEIN & MCCLINTOCK
              LLLP

13. Consistent with Bankruptcy Rule 2016(b), G&M has not shared or agreed to share (a) any compensation it has received or may receive in connection with these cases with another party or person, other than with the partners, of counsel, associates, contract attorneys, and law clerks associated with G&M or (b) any compensation another person or party has received or may receive in connection with these cases.

Dated: January 26, 2016

/s/ Matthew E. McClintock

Matthew E. McClintock, Esq.
**GOLDSTEIN & MCCLINTOCK LLLP**
208 South LaSalle Street, Suite 1750
Chicago, Illinois 60604
Direct Dial: (312) 219-6732
Facsimile: (312) 277.2305
E-mail: mattm@goldmclaw.com

**Page 5 of 5** – DECLARATION OF MATTHEW E. MCCLINTOCK IN SUPPORT OF APPLICATION FOR AUTHORITY TO EMPLOY GOLDSTEIN & MCCLINTOCK LLLP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                )
                     )  Case No. _____
                     )
                     )  RULE 2014 VERIFIED STATEMENT
Debtor(s)          )  FOR PROPOSED PROFESSIONAL

**Note:** To file an amended version of this statement per ¶19, file a fully completed amended Rule 2014 statement on LBF #1114 and clearly identify any changes from the previous filed version.

1. The applicant is not a creditor of the debtor except:


2. The applicant is not an equity security holder of the debtor.

3. The applicant is not a relative of the individual debtor.

4. The applicant is not a relative of a general partner of the debtor (whether the debtor is an individual, corporation, or partnership).

5. The applicant is not a partnership in which the debtor (as an individual, corporation, or partnership) is a general partner.

6. The applicant is not a general partner of the debtor (whether debtor is an individual, corporation, or partnership).

7. The applicant is not a corporation of which the debtor is a director, officer, or person in control.

8. The applicant is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the debtor.

9. The applicant is not a person in control of the debtor.

10. The applicant is not a relative of a director, officer or person in control of the debtor.

11. The applicant is not the managing agent of the debtor.

12. The applicant is not and was not an investment banker for any outstanding security of the debtor; has not been, within three years before the date of the filing of the petition, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the debtor; and is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of such an investment banker.

13. The applicant has read 11 U.S.C. §101(14) and §327, and FRBP 2014(a); and the applicant's firm has no connections with the debtor(s), creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, or any District of Oregon Bankruptcy Judge, except as follows:

14.  The applicant has no interest materially adverse to the interest of the estate or of any class of creditors or equity security holders.

15.  Describe details of all payments made to you by either the debtor or a third party for any services rendered on the debtor's behalf within a year prior to filing of this case:

16.  The debtor has the following affiliates (as defined by 11 U.S.C. §101(2)).  Please list and explain the relationship between the debtor and the affiliate:

17.  The applicant is not an affiliate of the debtor.

18.  Assuming any affiliate of the debtor is the debtor for purposes of statements 4-13, the statements continue to be true except (list all circumstances under which proposed counsel or counsel's law firm has represented any affiliate during the past 18 months; any position other than legal counsel which proposed counsel holds in either the affiliate, including corporate officer, director, or employee; and any amount owed by the affiliate to proposed counsel or its law firm at the time of filing, and amounts paid within 18 months before filing):

19.  The applicant hereby acknowledges that he/she has a duty during the progress of the case to keep the court informed of any change in the statement of facts which appear in this verified statement. In the event that any such changes occur, the applicant immediately shall file with the court an amended verified statement on LBF #1114, with the caption reflecting that it is an amended Rule 2014 statement and any changes clearly identified.

THE FOLLOWING QUESTIONS NEED BE ANSWERED ONLY IF AFFILIATES HAVE BEEN LISTED IN STATEMENT 16.

20.  List the name of any affiliate which has ever filed bankruptcy, the filing date, and court where filed:

21. List the names of any affiliates which have guaranteed debt of the debtor or whose debt the debtor has guaranteed. Also include the amount of the guarantee, the date of the guarantee, and whether any security interest was given to secure the guarantee. Only name those guarantees now outstanding or outstanding within the last 18 months:

22. List the names of any affiliates which have a debtor-creditor relationship with the debtor. Also include the amount and date of the loan, the amount of any repayments on the loan and the security, if any. Only name those loans now outstanding or paid off within the last 18 months:

23. List any security interest in any property granted by the debtor to secure any debts of any affiliate not covered in statements 20 and 21. List any security interest in any property granted by the affiliate to secure any debts of the debtor not covered in statements 21 and 22. Also include the collateral, the date and nature of the security interest, the name of the creditor to whom it was granted, and the current balance of the underlying debt:

24. List the name of any affiliate who is potentially a "responsible party" for unpaid taxes of the debtor under 26 U.S.C. §6672:

I verify that the above statements are true to the extent of my present knowledge and belief.

_____
Applicant

1114 (11/30/09)    Page 3 of 3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served copies of the foregoing **APPLICATION FOR AUTHORITY TO EMPLOY GOLDSTEIN & McCLINTOCK LLLP** on the following parties **by CM/ECF:**

Timothy J. Conway  tim.conway@tonkon.com, nancy.kennedy@tonkon.com

Albert N. Kennedy  al.kennedy@tonkon.com; leslie.hurd@tonkon.com, andy.haro@tonkon.com; spencer.fisher@tonkon.com

Tara J. Schleicher  tschleicher@fwwlaw.com, dfallon@fwwlaw.com; nlyman@fwwlaw.com

US Trustee, Portland  USTPRegion18.PL.ECF@usdoj.gov

and on the following parties by **mailing** a full, true and correct copy in a sealed first-class postage prepaid envelope, addressed to the parties listed below, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below:

## <u>Creditors</u>

Adams & Chittenden Scientific Glass
2741 Eighth St.
Berkeley, CA 94710

Adaptive Planning/Insights
1400 Live Oak Ave.
Irwindale, CA 91706-1300

Adaptive Planning/Insights
1400 Live Oak Avenue
Irwindale, CA 91706-1300

Adobe
345 Park Ave.
San Jose, CA 95110

Advanced Scientific
344 Coogan Way
El Cajon, CA 92020

AFLAC
Attn: Remittance Processing
1932 Wynnton Road
Columbus, GA 31993-0797

Agilent Technologies
5301 Stevens Creek Blvd
Santa Clara, CA 95051

Airgas USA, LLC
POB 7423
Pasadena, CA 91109-7423

Alexander Peek
1440 208th Dr.
Seward, NE 68434

Alexander Peek
1440 208th Dr.
Seward, NE 68434

Allegiance Benefit Plan Mgmt
POB 4346
Missoula, MT 59806-4346

Allied Affiliated Funding LP
5151 Beltline Rd. #500
Dallas, TX 75254

Alysha C. Wold
1655 NW Bridgeway Lane
Beaverton, OR 97006

Amazon.com, Inc.
410 Terry Ave. North
Seattle, WA 98109-5210

**Page 1 of 10**– APPLICATION FOR AUTHORITY TO EMPLOY ZUPANCIC RATHBONE LAW GROUP, P.C. AS OREGON COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JANUARY 22, 2016

Amennie Tes
15520 NE 85th Street
Vancouver, WA 98682

Amennie Tes
15520 NE 85th Street
Vancouver, WA 98682

American Arbitration Association
45 E River Park Place W
Suite 308
Fresno, CA 93720

Andie Duplantis
2009 NW Overton Street, #1
Portland, OR 97209

Andie Duplantis
2009 NW Overton Street, #1
Portland, OR 97209

Andrew Sprague
10601 SW Tigard Street, #4
Tigard, OR 97223

Andrew Sprague
10601 SW Tigard Street, #4
Tigard, OR 97223

Animal Biotech Industries, Inc
POB 519
Dansboro, PA 18916

aptitude LLC
75 Remittance Drive Ste# 1798
Attn: Accounts Receivable
Chicago, IL 60675-1798

Aramark
1801 SW Airport Ave.
Corvallis, OR 97333

Archive Systems, Inc.
23070 NE Townsend Way
Portland, OR 97024

Arizona Instrument
3375 N Delaware St
Chandler, AZ 85225

ASQ
POB 3033
Milwaukie, WI 53201-3033

Assoc. for the Advc. of Med.
Instruments
c/o Agent Cashier - IFF
Suite 301
Arlington, VA 22203-1633

Atkins Design
617 Curtis Ave.
Wilmington, DE 19804

Avalara
435 Eriksen Ave., N.E.
Bainbridge Island, WA 98110

Balboa Cap/VAR Leasing
2010 Main Street 11th Fl
Irvine, CA 92614

Ball Janik LLP
101 SW Main Street
Suite 1100
Portland, OR 97204-3219

Bank of America NA
2001 Clayton Road
Mail Code: CA4-702-0
Concord, CA 94520

Bard Access Systems - M.Doc
605 North 5600 West
Salt Lake City, UT 84116

Barry Starkman
7447 SW Hergert Rd.
Cornelius, OR 97113

Barry Starkman
7447 SW Hergert Rd.
Cornelius, OR 97113

BetaKang (ShenZhen) Health Tech.,
Co. Lt
16/F, Block B, Pavillion
No. 4002 Huaqiang North Road
Futian District, ShenZhen
CHINA

Bibby Financial Services (CA), Inc.
3027 Townsgate Rd., Ste #140
Westlake Village, CA 91361

Bill Shields
3095 SW 66th Ct.
Portland, OR 97225

Biotest Laboratories
9303 West Broadway Ave.
Brooklyn Park, MN 55445

Bird & Bird
4/F Three Pacific Place
1 Queen's Road East
HONG KONG

Boyd Corporation
600 So McClure Road
Modesto, CA 95357

Brian Clare
2108 SE Cypress Avenue
Portland, OR 97214

Brian Clare
2108 SE Cypress Avenue
Portland, OR 97214

Business Accelerator
Portland State University
351 NW 12th Ave.
Portland, OR 97209

Carmody Torrance Sandak &
Hennessy
195 Church Street
New Haven, CT 06509-1950

CEpartner4U BV
POB 268
Elk River, MN 55330

Charles Creighton

Cheryl Bondurant
10220 SW Sedlack Ct.
Tualatin, OR 97062

**Page 2 of 10**– APPLICATION FOR AUTHORITY TO EMPLOY ZUPANCIC RATHBONE LAW GROUP, P.C.
AS OREGON COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO
TUNC* TO JANUARY 22, 2016

Case 16-30119-pcm11    Doc 57    Filed 01/26/16

City Center Parking
514 SW 6th Ave., 1st Floor
Portland, OR 97204

City of Portland
City Attorney's Office
1221 SW Fourth Ave., Rm. 430
Portland, OR 97204

Claude's Accurate Machining
14413 NE 10th Ave.
Suite A112
Vancouver, WA 98685

Cole Gannett
6706 SE Steele Street
Portland, OR 97206

Cole Gannett
6706 SE Steele Street
Portland, OR 97206

Combat Medical Systems LLC
5555 Harrisburg Industrial Park
Drive
Harrisburg, NC 28075

Computer Packages, Inc
800 Roosevelt Road
Building B, Suite 302
Glen Ellyn, IL 60137

Concord Technologies
101 Stewart Street, Suite 1000
Seattle, WA 98101

Copytronix
16640 SW 72nd Ave.
Portland, OR 97224

Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Cosgrave Vergeer Kester LLP
888 SW Fifth Ave., Suite 500
Portland, OR 97204

Covenant Technology Solutions,
Inc.
15 SE 82nd Drive Suite 120
Gladstone, OR 97027
Craftsman Label, Inc
13101 SE 84th Ave.
Clackamas, OR 97015

CTS LanguageLink
911 Main Street, Suite 10
Vancouver, WA 98660

DayStar Funding LP
5834 Bridlewood Dr.
Richmond, TX 77469

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0009

Department of Veteran Affairs
c/o Agent Cashier - IFF
POB 7005
Hines, IL 60141

Dept of the Treasury
Form 5330/Section 4979
Internal Revenue Service
Ogden, UT 84201

Donald Gouge, Jr., LLC
800 N. King Street
Suite 303
Wilmington, DE 19899-1674
Dr. Kenton Gregory
9155 SW Barnes Road
Suite 240
Portland, OR 97225

Dr. Kenton Gregory
9155 SW Barnes Road
Suite 240
Portland, OR 97225

Dragos Mihalache

Dravon Medical, Inc.
11465 S.E. Hwy. 212
Clackamas, OR 97015

EcoBinary, LLC
8240 SW Nimbus Ave.
Beaverton, OR 97008

Employment Screening Srvcs
627 E. Sprague, Ste 100
Spokane, WA 99202

ENV Services, Inc.
Attn: Receiving Dept.
10575 SW Cascade Ave., Ste. 130
Portland, OR 97223

Ervelyn Winata
463 NE Natalie Street
Hillsboro, OR 97124

Ervelyn Winata
463 NE Natalie Street
Hillsboro, OR 97124

eSoftware Professionals
10450 SW Nimbus, Suite B
Portland, OR 97223

eSoftware Professionals, Inc.
10450 SW Nimbus Ave Ste B
Portland, OR 97223

Essential Healthcare Management
Attn: Stan Schroeder, Managing
Partner
216 Yorkshire Drive
Heath, TX 75032

Essential Healthcare Management
25621 Bridgewater Lane
Dana Point, CA 92629

F.A. Voight & Associates LP
5834 Bridlewood Dr.
Richmond, TX 77471

**Page 3 of 10**– APPLICATION FOR AUTHORITY TO EMPLOY ZUPANCIC RATHBONE LAW GROUP, P.C.
AS OREGON COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO
TUNC* TO JANUARY 22, 2016

Case 16-30119-pcm11    Doc 57    Filed 01/26/16

FedEx
POB 7221
Pasadena, CA 91109-7321

FedEx Freight
Attn: Receiving Dept.
10575 SW Cascade Ave., Ste. 130
Portland, OR 97223

FedEx Trade Networks
128 Dearborn St
Buffalo, NY 14207

Fidelity Investments
POB 73307
Plan 79723
Chicago, IL 60673-7307

Fine Solutions
20700 44th Ave. West
Suite 260
Lynnwood, WA 98036

First American Title Co.
Accounts Receivable Dept
24508 Network Place
Chicago, IL 60673-1245

Fluke Electronics
1420 75th Street SW
Everett, WA 98203

Food and Drug Administration
US Bank Lock Box, FDA Account
POB 956733
St. Louis, MO 63195-6733

Frederick A. Voight
5834 Bridlewood Dr.
Richmond, TX 77469

Frederick A. Voight
c/o Michael W. Stockton
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, TX 75201

Frederick A. Voight
5834 Bridlewood Dr.
Richmond, TX 77469

Frederick A. Voight
c/o Michael W. Stockton
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, TX 75201

Frontier Medical Products
140 S Park Street
Port Washington, WI 53074

Gael Limited
Orion House
S.E. Technology Park
East Kilbride G75 0RD
SCOTLAND

Georgia Regents Medical
Associates
1499 Walton Way
Suite 1400
Augusta, GA 30901

GPO Morgan LLC
Urban Renaissance Prop Co
720 SW Washington St, Suite 630
Portland, OR 97205

GPO Morgan, LLC
c/o Great Point Investors LLC
Two Center Plaza, Suite 410
Boston, MA 02108

GPO Morgan, LLC Urban
Renaissance Group
Urban Renaissance Prop Co
720 SW Washington St, Suite 630
Portland, OR 97205

Grace Christian Ministries, Inc
15401 Bellaire Blvd.
Houston, TX 77083

Grace Christian Ministries, Inc.
c/o Christian, Smith & Jewell, LLP
2302 Fannin, Suite 500
Houston, TX 77002

Gretchen Daguanno
1829 NW Lovejoy Street, #103
Portland, OR 97209

Gretchen Daguanno
1829 NW Lovejoy Street, #103
Portland, OR 97209

GS1 US, Inc.
7887 Washington Village Drive
Suite 300
Dayton, OH 45459

Gyrus ACMI, Inc.
Attn: Wally Puckett
2925 Appling Road
Bartlett, TN 38133

Hatfield Communications LLC
POB 83825
Portland, OR 97283-0825

Healthcare Manufaktur GmbH
Gustav-Heinemann-Ufer 56
50968 Koln
GERMANY
HemCon Medical Tech CZ s.r.o.
Delnicka 363
CZ 506 01 Jicin
CZECH REPUBLIC

Hi-Heat Industries, Inc
256 Hanover Road
Lewistown, MT 59457

hi-tech Products
8530 Roland St.
Buena Park, CA 90621

Hua Xie- Commission
5929 NW Skycrest Pkwy
Portland, OR 97229

Icon Pool 3 West, LLC
Two North Riverside Plaza
Suite 2350
Chicago, IL 60606

**Page 4 of 10**– APPLICATION FOR AUTHORITY TO EMPLOY ZUPANCIC RATHBONE LAW GROUP, P.C.
AS OREGON COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO
TUNC* TO JANUARY 22, 2016

Case 16-30119-pcm11    Doc 57    Filed 01/26/16

IndCor Properties
75 Remittance Drive
Dept 6957
Chicago, IL 60675-6957

Inland Integration
114 West Pacific Ave.
Suite 204
Spokane, WA 99201

Innovize
500 Oak Grove Parkway
St. Paul, MN 55127

Instron Corporation
75 Remittance Drive, Ste. 6826
Chicago, IL 60675-6826

Integra Telecom, Inc.
POB 2966
Milwaukee, WI 53201-2966

Integra Telecom, Inc.
18110 SE 34th St.
Building One, Ste 100
Vancouver, WA 98682
IPFS (Imperial Credit Corp)
POB 100391
Pasadena, CA 91189-0391

IRS
POB 7346
Philadelphia, PA 19101-7346

Irvine Pharmaceutical Services
10 Vanderbilt Ave.
Irvine, CA 92618

James Barickman
10 Saugatuck Ave.
Westport, CT 06880

James Barickman
10 Saugatuck Ave.
Westport, CT 06880

James S. Linderman
307 Springhouse Lane
Hockessin, DE 19707

James S. Linderman
307 Springhouse Lane
Hockessin, DE 19707

Jana L Wahl
11166 SE 30th Avenue
Milwaukie, OR 97222

Jana L Wahl
11166 SE 30th Avenue
Milwaukie, OR 97222

Jared Peek
1440 208th Dr.
Seward, NE 68434

John Linderman
10 Saugatuck Ave.
Westport, CT 06880

John Linderman
10 Saugatuck Ave.
Westport, CT 06880

John Linderman and James
Barickman
10 Saugatuck Ave.
Westport, CT 06880

John Linderman and James
Barickman
10 Saugatuck Ave.
Westport, CT 06880

Jones Lang LaSalle Americas, Inc
BMO Harris Bank
33832 Treasury Center Dr
Chicago, IL 60694-3800

Judy Oyama
9710 SW Hialeah Dr.
Beaverton, OR 97008

Judy Wadhams
815 North 95th St.
Lincoln, NE 68505

Julie Saltamachio
14377 SE Meadows Lane
Clackamas, OR 97015

Julie Saltamachio
14377 SE Meadows Lane
Clackamas, OR 97015

Kemeera, Inc.
DBA Fathom
329 Jesfferson Street
Oakland, CA 97607

Kim & Chang
KOREA

Kim Guenther
518 Woodbird Place
Paris, TN 38242

Kim Guenther
518 Woodbird Place
Paris, TN 38242

Lab Consulting, LLC
3047 NE 14th Ave.
Portland, OR 97212

Lab Support
33035 Collection Center Drive
Chicago, IL 60693-0330

Lampire Biologic Laboratories, Inc.
POB 270
Pipersville, PA 18947

Larry L. Alloway
3814 S. Genoa Circle Unit B
Aurora, CO 80013

Law Office of Charles J. Ingber
4653 Carmel Mountain Road
Suite 308-217
San Diego, CA 92130

**Page 5 of 10**– APPLICATION FOR AUTHORITY TO EMPLOY ZUPANCIC RATHBONE LAW GROUP, P.C. AS OREGON COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JANUARY 22, 2016

Case 16-30119-pcm11    Doc 57    Filed 01/26/16

Lawrence K. Ingber
POB 630
Palm Beach, FL 33480

Lawrence K. Ingber
POB 630
Palm Beach, FL 33480

Lawrence Matasar, P.C.
621 SW Morrison St.
Suite 1025
Portland, OR 97205-3813

LEAD IT Consulting LLC
14990 SW 144th Ave.
Portland, OR 97224

LegalShield
POB 2629
Ada, OK 74821-9984

Legend Technical Services, Inc.
88 Empire Drive
St. Paul, MN 55103

LifeMap/Regence Life and Health
POB 1271
MS E3A
Portland, OR 97207-1271

Lora Remington
12047 SW Tualatin Road, #325
Tualatin, OR 97062

Lora Remington
12047 SW Tualatin Road, #325
Tualatin, OR 97062

Louisiana Board of Wholesale Drug
Dist.
12091 Bricksome Ave.
Suite B
Baton Rouge, LA 70816

Maire Ni Beilliu
1000 SW Vista Avenue, Apt. 410
Portland, OR 97205

Maire Ni Beilliu
1000 SW Vista Avenue, Apt. 410
Portland, OR 97205

Mantra Technology, LLC
278 SW Mawrcrest Ave.
Gresham, OR 97080

Mazama Design LLC
2990 NW Fitzgerald Ct
Bend, OR 97701

McMaster-Carr Supply Co
POB 7690
Chicago, IL 60680-7690

MedAssets, Inc
POB 741361
Atlanta, GA 30374-7413

Medline Industries, Inc.
9101 Riverside Pkwy
Lithia Springs, GA 30122-3869

Medline Sp.
Fabryczna 17
65-410 Zielona G ra
POLAND

Megan Clark
17348 Bryant Road
Lake Oswego, OR 97035

Megan Clark
17348 Bryant Road
Lake Oswego, OR 97035

MetLife Local Market
POB 804466
Kansas, MO 64180-4466

Mettler-Toledo, Inc.
22670 Network Place
Chicago, IL 60673-1226

Michael L. Larson Company, P.C.
5665 Meadows Road, Suite 310
Lake Oswego, OR 97035

Michael Wax
1500 SW 5th Avenue, Unit 1106
Portland, OR 97201

Michael Wax
1500 SW 5th Avenue, Unit 1106
Portland, OR 97201

Michel Boileau MD
75 Bond Street
Bend, OR 97702

Michelle Sells
3501 Burlington Dr
Newberg, OR 97132

Micrex Corporation
17 Industrial Road
Walpole, MA 02081

Microrite Inc.
5019 New Trier Ave.
San Jose, CA 95136

Microsoft - Online Services
One Microsoft Way
Redmond, WA 98052-6399

Miller Nash LLP
POB 3585
Portland, OR 97208-3585

Multnomah County-DARt
Assessment, Recording & Taxation
POB 2716
Portland, OR 97208

National Health Institute
ATTN: Karin J. Mastrangelo
6707 Democracy Blvd., Room
720C
2 Democracy Plaza
Bethesda, MD 80892-5451

National Health Institute
ATTN: Pamela M. Love
6707 Democracy Blvd.
Bethesda, MD 80892-5451

**Page 6 of 10**– APPLICATION FOR AUTHORITY TO EMPLOY ZUPANCIC RATHBONE LAW GROUP, P.C.
AS OREGON COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO
TUNC* TO JANUARY 22, 2016

Case 16-30119-pcm11    Doc 57    Filed 01/26/16

Nelson Laboratories, Inc.
POB 571830
Murray, UT 84157-1830

Netropole Inc.
5630 NE MLK Blvd.
Portland, OR 97211

New Horrizon, Inc.
Attn: M. Scott Stevens
8270 S 33rd #307
Lincoln, NE 68516

Newegg Inc.
9997 Rose Hills Road
Whittier, CA 90601

Northwest Paper Box
Manufacturing
5617 N. Basin Ave.
Portland, OR 97217-3901

NSAI Inc.
Nat'l Standards Auth. of Ireland
Finance & Administration
20 Trafalgar Square Suite 603
Nashua, NH 03063

NW Natural Gas
POB 6017
Portland, OR 97228-6017

NW Towncar Service
17950 SW Loma Vista St
Beaverton, OR 97007

ODR Bkcy
955 Center NE #353
Salem, OR 97301

OHSU Proposal & Award
Mailcode L106OPAM
0690 SW Bancroft Street
Portland, OR 97239

Oliver-Tolas Health Care Packaging
Account #04796
905 Pennsylvania Blvd.
Feasterville, PA 19053

Olsson Industrial Electric/Olsson
Contro
POB 70413
Eugene, OR 97401

Online Business Systems
400 S.W. 6th Ave., Suite 500
Portland, OR 97204

Oregon Dept of Environmental
Quality
3150 NW 229th Ave. #150
Hillsboro, OR 97124

Oregon Dept of Revenue
POB 14725
Salem, OR 97309-5018

Oregon Employment Department
875 Union Street NE
Salem, OR 97311

Oregon Health & Science Univ
Mail Code L002
3181 SW Sam Jackson Park Rd.
Portland, OR 97239-3098

Oregon Secretary of State
Corporate Division
255 Capitol St NE Suite 151
Salem, OR 97310-1327

Original Cin
7814 SE Center St
Portland, OR 97206

Owens & Minor
NUS/SPM200-05-D-6200
Attn: CH87
Bldg 2434, 20th Street
Fort Campbell, KY 42223

PAETEC, a Windstream Company
POB 9001013
Louisville, KY 40290-1013

Pape Material Handling
POB 5077
Portland, OR 97208-5077

Pardam, s r.o.
Jindrissk 2025
Pardubice,
530 02
CZECH REPUBLIC

Patrick Wagner
3737 SW Council Crest Dr.
Portland, OR 97239

Paul Taylor
14743 Himebaugh Plaza
Omaha, NE 68116

Perrin Pacific Corp
2363 NW Flanders St.
Portland, OR 97210

Point Monitor Corp
5863 Lakeview Blvd
Suite 100
Lake Oswego, OR 97035

Portland General Electric
POB 4438
Portland, OR 97208-4438

Potter Clarkson LLP
The Belgrave Center, Talbot Street
Nottingham, UK, NG1 5GG
UNITED KINGDOM

Premier Purchasing Partners, LP
BOX 847650
Los Angeles, CA 90084-7650

Primex ehf
Oskarsgata 7
580 Siglifjordur, Iceland
ICELAND

**Page 7 of 10**– APPLICATION FOR AUTHORITY TO EMPLOY ZUPANCIC RATHBONE LAW GROUP, P.C.
AS OREGON COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO
TUNC* TO JANUARY 22, 2016

Case 16-30119-pcm11    Doc 57    Filed 01/26/16

Professional Testing Lab
714 Glenwood Pl
Dalton, GA 30721

Prometheus Medical Ltd.
The Old Rectory
Hope Under Dinmore
Hereford, Herefordshire HR6 0PW
UNITED KINGDOM

Providence Health Sys - Oregon
Misc. Cash - Research
Attn: Sue Rich / Joan Fegel
POB 13993
Portland, OR 97213

Qosina, Inc
150-Q Executive Drive
Edgewood, NY 11717-8329

Quality Bioresources, Inc.
1015 North Austin Street
Seguin, TX 78155

Quality Control Services, Inc.
2340 SE 11th Ave.
Portland, OR 97293

Rachelle Stewart
1103 N Meridian St. Unit 4201
Newberg, OR 97132

Rachelle Stewart
1103 N Meridian St. Unit 4201
Newberg, OR 97132

Regence BlueCross Blue Shield
200 SW Market St.
Portland, OR 97201

Rene Smit International bv
Parkweg 17a
2585 JH Den Haag
NETHERLANDS

Robin Brandstetter
6505 SE Needham St.
Portland, OR 97222

Rose City Moving & Storage
5130 N. Basin
Portland, OR 97217

SAIF Corporation
400 High St SE
Salem, OR 97312-1000

Samuel Meeks
11 Carrington Ct.
Hazel Crest, IL 60429

SEC
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

Security Signs
2424 SE Holgate Blvd
Portland, OR 97202

Seneca Medical
85 Shaffer Park Dr
Tiffin, OH 44883

Shaanxi Pioneer Biotech Co., Ltd.
No. 11 Daqing Road
Lianhu District
Xi'an 710082
CHINA

Shusaku Yamamoto
POB 31001-1267
Pasadena, CA 91110-1267

Sigma-Aldrich, Inc.
POB 535182
Atlanta, GA 30353-5182

Simon J Mccarthy
3715 NW Gordon Street
Portland, OR 97210

Simona Buergi
5514 SE Hillwood Circle
Milwaukie, OR 97267

Smart & Biggar
55 Metcalfe St., Ste. 900
POB 2999, Station D
Ottawa, ON K1P 5Y6
CANADA

Solaris Electro Medical
G22/A-1 Park Lane KDA Scheme
#5
Karachi
Lahore
PAKISTAN

SP Scientific - Hull
POB 48324
Newark, NJ 07101-4850

SSOE Group
7431 NW Evergreen Parkway, Suite
210
Portland, OR 97205

Stan Schroeder
25621 Bridgewater Lane
Dana Point, CA 92629

Stan Schroeder
25621 Bridgewater Lane
Dana Point, CA 92629

Standard Life 401K
Attn: Accounts Receivable
POB 1800
Portland, OR 97207

Staples Business Advantage
Dept. LA
POB 83689
Chicago, IL 60696-3689

Stephanie Ebert
1750 Hickory KNL
Johns Island, SC 29455

Stephanie Wiegman
1460 SW Bertha Blvd, #16
Portland, OR 97219

Stericycle Environmental Solutions
625 South 32nd Street
Washougal, WA 98671

STERIS Isomedix
7828 North Nagel Ave.
Morton Grove, IL 60053

STERIS Isomedix
Attention: Jessica Tibbetts
1000 S Sarah Place
Ontario, CA 91761

STERIS Isomedix
2500 Commerce Drive
Libertyville, IL 60048

Stevens Integrated Solutions
4101 SE 26th Ave.
Portland, OR 97202

Stuart Sands
2165 NW Everett Steet
Portland, OR 97210

Stuart Sands
2165 NW Everett Steet
Portland, OR 97210

Sussex Associates, LP
Paul Conrad CPA - RA
2238 Woodland Park Dr.
Houston, TX 77077

Sussex Associates, LP
24200 SW Freeway #402-285
Rosenberg, TX 77471

Taipei Economic & Cultural Rep
Office
4201 Wisconsin Ave. NW
Washington, DC 20016

Taylor Plumbing and Heating
Paul Taylor
14743 Hinebaugh Plz
Omaha, NE 68116

Technopack Corporation
7865 NW 46 St.
Miami, FL 33166

Techstreet
3916 Ranchero Drive
Ann Arbor, MI 48108

Texas Comptroller of Public
Accounts
POB 149348
Austin, TX 78714-9348

The Dental Box Company, Inc.
9807 Braewick Drive
Allison Park, PA 15101

The Oregonian
POB 9001049
Louisville, KY 40290-1049

Thermo Electron North America,
LLC
POB 742775
Atlanta, GA 30374-2775

Thermo Fisher Scientific
POB 712117
Cincinnati, OH 45271-2117

Thermo Fisher Scientific
POB 842339
Dallas, TX 75284-2339

ThreeJay Trustee Irrevocable Trust
130 Industrial Blvd. STE 110
Sugarland, TX 77478

Tigers Global Logistics
1100 Thorndale Ave.
Elk Grove Village, IL 60007

TM Electronics, Inc.
45 Main Street
Boylston, MA 01505

Topside Partners LP
24200 SW Freeway, #402-286
Rosenberg, TX 77471

TQM Inc.
3088 Elm Point Industrial Drive
St. Charles, MO 63301-4337

Trafinger Trustee Irrevocable Trust
130 Industrial Blvd. STE 110
Sugarland, TX 77478

TransPak
10675 SW Manhasset Dr.
Tualatin, OR 97062

Trilane Ltd.
Trust Company Complex
Ajeltake Road
Ajeltake Island, Majuro MH96960
MARSHALL ISLANDS

TriMet
M/S 02
POB 4300
Portland, OR 97208-9833

TriStar Wellness Solutions, Inc.
720 SW Washington
STE 200
Portland, OR 97205

TSI Manufacturing LLC
60025 East Ridgeview Drive
Bend, OR 97702

U.S. Department of State
Office of Authentications
44132 Mercure CIR POB 1206
Sterling, VA 20166-1206

ULINE Shipping Supply Spec
Attn: Accounts Receivable
2200 S. Lakeside Drive
Waukegan, IL 60085

US Dept of Commerce US
Commercial Svc
American Consulate General
Willi-Becker Allee 10, Attn: Ms.
Uta Kir
D sseldorf 40227
GERMANY

VanderHouwen & Assoc.
6342 SW Macadam Ave.
Portland, OR 97239

Vendor Services Center
POB 15270
Irvine, CA 92623

Verrill Dana LLP
33 Riverside Ave.
Westport, CT 06880

VWR (VMI)
POB 640169
Pittsburgh, PA 15264-0169

VWR Int'l, Inc.
12350 SW Tualatin Rd
Tualatin, OR 97062

Washington County Tax Collector
155 N 1st Ave. Room 130
Hillsboro, OR 97124

Washington County Tax Collector
155 N 1st Ave. #130
Hillsboro, OR 97124

Waste Management of Oregon
Washington County
POB 78251
Phoenix, AZ 85062-8251

Webfortis, LLC
1966 Tice Valley Blvd.,
Suite #422
Walnut Creek, CA 94595

Windstream Communications
4001 Rodney Parham Rd.
Little Rock, AR 72212

Woodruff-Sawyer & Co.
POB 7466
San Francisco, CA 94120-9704

World Cup Coffee & Tea Service,
Inc.
1740 NW Glisan
Portland, OR 97209

WuXi AppTec, Inc.
1265 Kennestone Circle
Marietta, GA 30066

WuXi AppTec, Inc.
2540 Executive Dr.
Saint Paul, MN 55120

Xenium Resources
7401 SW Washo Ct. Suite 200
Tualatin, OR 97062

Xinlong Nonwovens (Beijing) Co.,
Ltd.
Room 1702, Building 1
Wanda Plaza, No. 93 Jianguo Rd
Chaoyang District, Beijing 100071
CHINA

Yankee Alliance
138 River Road
Andover, MA 01810

Zeria Pharmaceutical Co., Ltd.
Zeria Pharmaceutical Co., Ltd.
10-11, Nihonbashi Kobunacho
Choku, Tokyo 103-8351
JAPAN

Grace Christian Ministries, Inc.
c/o Dr. Ayo Ajim
15401 Bellaire Blvd.
Houston, TX 77083

Healthcare Manufaktur GmbH
c/o Dr. Frank Birnbaum
Gustav-Henemann-Ufer 56
50996 Koln

Barry Starkman
7447 SW Hergert Road
Cornelius, OR 97113

DATED: January 26, 2016

_/s/ Marjorie A. Elken_
Marjorie A. Elken OSB No. 073368
*Proposed Counsel for the Official
Committee of Unsecured Creditors*

**Page 10 of 10**– APPLICATION FOR AUTHORITY TO EMPLOY ZUPANCIC RATHBONE LAW GROUP, P.C.
AS OREGON COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO
TUNC* TO JANUARY 22, 2016

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| In re | ) Case No.: 16-30119-pcm11 |
| | ) |
| HemCon Medical Technologies, Inc. | ) |
| | ) **ORDER GRANTING APPLICATION OF** |
| Debtor. | ) **THE OFFICIAL COMMITTEE OF** |
| | ) **UNSECURED CREDITORS TO EMPLOY** |
| | ) **GOLDSTEIN & McCLINTOCK LLLP AS** |
| | ) **LEAD COUNSEL *NUNC PRO TUNC* TO** |
| | ) **JANUARY 22, 2016** |

THIS MATTER having come before the Court upon the application (the "*Application*")
of the Official Committee of Unsecured Creditors (the "*Committee*") appointed in the above-
captioned bankruptcy case for authority to employ Goldstein & McClintock LLLP ("*G&M*") as
lead counsel *nunc pro tunc* to January 22, 2016; the Court having reviewed the
Declaration of Matthew E. McClintock (the "*McClintock Declaration*") attached to the
Application and having held a hearing on the Application; and the Court being duly advised in
the premises and finding good cause; now, therefore;

IT IS HEREBY ORDERED THAT:

1.      The Application is granted.

2.      In accordance with Bankruptcy Code Section 327(a), the Committee is authorized to retain and employ G&M as its lead counsel in the above-captioned chapter 11 case, effective as of January 22, 2016 and on the terms set forth in the Application, to perform all the services described in the Application.

3.      G&M's compensation shall be subject to Court approval in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court, including any procedures that may be established under Local Rule 2016-1.

### 

I certify that I have complied with the requirements of Local Rule 9021-1(a).

Submitted by:

  /s/ Marjorie A. Elken
**Marjorie A. Elken, Esq.** (OSB No. 073368)
ZUPANCIC RATHBONE LAW GROUP, P.C.
4949 Meadows Road, Suite 600
Lake Oswego, Oregon 97035
Direct Dial:  (503) 210-2242
Facsimile:  (503) 968-8017
Email:  MElken@zrlawgroup.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

Cc:      Notice Parties in Application

**Page 2 of 2** – ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY GOLDSTEIN & MCCLINTOCK LLLP AS LEAD COUNSEL *NUNC PRO TUNC* TO JANUARY 22, 2016

Case 16-30119-pcm11    Doc 57    Filed 01/26/16