# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1: **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $      0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $      25,136,144.27

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $      25,136,144.27

Part 2: **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $      5,154,000.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................... $      60,598.63

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.............................................. +$      4,745,383.69

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b      $      9,959,982.32

**Fill in this information to identify the case:**

Debtor name    **HemCon Medical Technologies, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **16-30119-pcm11**

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$80.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1..   **Bank of the Cascades Operating Account ending -7793.** | | | **$513.00** |
| 3.2..   **Bank of the Cascades payroll account ending -7807.** | | | **$0.00** |
| 3.3..   **Bank of the Cascades e-commerce account ending -1383.** | | | **$22.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**    | **$615.00** |
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1.. | **GPO Morgan LLC** | $118,421.00 |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

| 8.1.. | **Prepaid insurance (Woodruff-Sawyer & Co)** | $49,088.00 |
| 8.2.. | **Prepaid expenses.  See Attachment A.** | $21,903.77 |
| 8.3.. | **Legal Retainer (Miller Nash LLP)** | $13,060.50 |
| 8.4.. | **Legal retainer (Lawrence Matasar, PC)** | $2,500.00 |
| 8.5.. | **Legal Retainer (Donald Gouge, Jr LLC)** | $267.00 |
| 8.6.. | **Deposit (Peterkort lab space deposit)** | $2,000.00 |

9.      **Total of Part 2.**
        Add lines 7 through 8. Copy the total to line 81.                          | $207,240.27 |

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | **251,069.00** | - | **0.00** | = .... | $251,069.00 |
| | face amount | | doubtful or uncollectble accounts | | |

| 11b. Over 90 days old: | **9,931.00** | - | **7,132.00** | =.... | $2,799.00 |
| | face amount | | doubtful or uncollectble accounts | | |

12.     **Total of Part 3.**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      | $253,868.00 |

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:      % of ownership | | |
| 15.1.. | **Castlerise Investments, Ltd.**    **100** % | **N/A** | **Unknown** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16. Copy the total to line 83. | | **$0.00** |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Raw materials** | **1/14/16** | **$65,056.46** | **NBV** | **$64,056.00** |
| 20. | **Work in progress**<br>**Work in progress** | **1/14/16** | **$109,621.00** | **NBV** | **$109,621.00** |
| 21. | **Finished goods, including goods held for resale**<br>**Finished goods.** | **1/14/16** | **$352,369.00** | **NBV** | **$352,369.00** |
| 22. | **Other inventory or supplies** | | | | |
| 23. | **Total of Part 5.**<br>Add lines 19 through 22. Copy the total to line 84. | | | | **$526,046.00** |

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    18314    Valuation method    **cost**    Current Value    18314

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Desks, chairs, partitions, etc.** | **$87,571.00** | **NBV** | **$87,571.00** |
| 40. | **Office fixtures** **Office space leasehold improvements** | **$42,896.00** | **NBV** | **$42,896.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computers, monitors, etc.** | **$31,221.00** | **NBV** | **$31,221.00** |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collect bles

43.     **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                       **$161,688.00**

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm**
     **and equipment)**
     **Manufacturing machinery and equipment.**           $141,879.00        NBV                        $141,879.00

51.  **Total of Part 8.**                                                                              $141,879.00

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

     ☑ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **See Attachment B** | $0.00 | | Unknown |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** **IP/Technology; Customer Base;** **Trade-Name/Marks; Non-Compete.** | $0.00 | | Unknown |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**                                                                             $0.00

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☐ No
      ■ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:    All other assets**

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71.   **Notes receivable**
      Description (include name of obligor)

| **Intercompany receivable - due from Altracel** | **4,661,065.00** - | **4,161,065.00** = | **$500,000.00** |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

| **Federal TSWI and HemCon Medical Technologies, Inc. US Consolidated** | Tax year **2014** | **$10,646,794.00** |
|---|---|---|
| **Federal TSWI and HemCon Medical Technologies, Inc. US Consolidated** | Tax year **2013** | **$12,654,886.00** |

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| **Insurance claim for lost or misplaced inventory.** | **$43,128.00** |
|---|---|
| Nature of claim           **Insurance claim.** | |
| Amount requested                    **$43,128.00** | |

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**                                                                      | **$23,844,808.00** |
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $615.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $207,240.27 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $253,868.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $526,046.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $161,688.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $141,879.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $23,844,808.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $25,136,144.27 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $25,136,144.27 |

**ATTACHMENT A**
**Prepaid Expenses**

| Prepaid Expenses | Amortizaton Period | Beginning Balance | January 24,381.34 | Balance Remaining |
|---|---|---|---|---|
| **Sophos - Virus protection software** | | | | |
| Sophos Software2nd of 3 year lease 925.83 | Sep15-Aug16 | 617.23 | (77.15) | 540.08 |
| Sophos Software3rd of 3 year lease 925.84 | Sep16-Aug17 | 925.84 | | 925.84 |
| | | - | | - |
| **NSA of Ireland  - ISO13485 Certification for the Company** | | - | | - |
| 2nd of 3 Year Review 09/15-08/16 $4806.86 | $14,420.59 3 years | 3,204.58 | (400.57) | 2,804.01 |
| 3rd of 3 Year Review 09/16-08/17 $4806.86 | | 4,806.87 | | 4,806.87 |
| | | - | | - |
| **NSA of Ireland - Dental family CE mark - 3 yr** | 252.756.05 - $8,400 total | - | | - |
| 3rd of 3 Year Review 08/15-07/16 $2,800 | 233.33 / mo | 1,633.35 | **(233.33)** | 1,400.02 |
| | | - | | - |
| **Adaptive Planning Software** | 11/1/15-10/31/16 $441/mo | 4,410.00 | (441.00) | 3,969.00 |
| | | | | - |
| **Gael Limited** - One year Q-Pulse license | Jul 2015 - Jun 2016 | 1,599.94 | (266.67) | 1,333.27 |
| | | | | - |
| **Avalara** - Annual Fees (ERP Connection & CertCapture) | Nov 14 - Oct 15: $295.83/mo | 0.04 | | 0.04 |
| Annual Fees (ERP Connection) | Nov 15 - Oct 16: $235.83/mo | 2,358.34 | (235.83) | 2,122.51 |
| Annual Fees (CertCapture) | Nov 15 - Oct 16: $141.67/mo | 1,416.66 | (141.67) | 1,274.99 |
| | | | | |
| **Fine Solutions** - Annual Fee and GP Enhancement Plan | 6/26/15-6/25/16; $681.35/mo | 3,408.49 | (681.35) | 2,727.14 |
| | | | | |
| **Total Prepaids** | | 24,381.34 | 21,903.77 | 21,903.77 |

Tuesday, September 22, 2015

**Master List by Docket Number**

**Docket Number: 210420-1005**

**Title:** Wound Dressing and Method for Controlling Severe, Life-Threatening Bleeding
**Client:** HemCon Medical Technologies, Inc.
**Assignee:** Providence Health System-Oregon and Kenton W. Greg
**Disclosure Status:** Filed
**Disclosure Date:**
**Attorneys:** CEE, EWM, ELM

| Country | SubCase | Case Type | Status | Application Number | Filing Date | Patent Number | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| Australia | 03 | PCT | Granted | 2002312493 | 14-Jun-2002 | 2002312493 | 22-Nov-2007 | 14-Jun-2022 |
| Canada | 05 | PCT | Granted | 2,450,668 | 14-Jun-2002 | 2,450,668 | 04-May-2010 | 14-Jun-2022 |
| European Patent Convention | 07 | PCT | Granted | 02739871.8 | 14-Jun-2002 | 1401352 | 21-Mar-2012 | 14-Jun-2022 |
| France | 07 | EPC | Granted | 02739871.8 | 14-Jun-2002 | 1401352 | 21-Mar-2012 | 14-Jun-2022 |
| Germany | 07 | EPC | Granted | 02739871.8 | 14-Jun-2002 | 1401352 | 21-Mar-2012 | 14-Jun-2022 |
| Israel | 08 | PCT | Granted | 159339 | 14-Jun-2002 | 0159339 | 29-Sep-2012 | 14-Jun-2022 |
| Japan | 09 | PCT | Granted | 2003-504865 | 14-Jun-2002 | 4332030 | 26-Jun-2009 | 14-Jun-2022 |
| Korea, Republic of | 10 | PCT | Granted | 10-2003-7016418 | 14-Jun-2002 | 0953465 | 09-Apr-2010 | 14-Jun-2022 |
| Korea, Republic of | 11 | DIV | Granted | 10-2009-7001826 | 14-Jun-2002 | 0953466 | 09-Apr-2010 | 14-Jun-2022 |
| Netherlands | 07 | EPC | Granted | 02739871.8 | 14-Jun-2002 | 1401352 | 21-Mar-2012 | 14-Jun-2022 |
| United Kingdom | 07 | EPC | Granted | 02739871.8 | 14-Jun-2002 | 1401352 | 21-Mar-2012 | 14-Jun-2022 |
| United States of America | 16 | PCT | Granted | 10/480,827 | 06-Oct-2004 | 7,482,503 | 27-Jan-2009 | 30-Sep-2023 |
| United States of America | 17 | CON | Granted | 11/981,111 | 31-Oct-2007 | 7,820,872 | 26-Oct-2010 | 08-Mar-2025 |

**Priorities:**

| CountryName | CaseType | AppNumber | FilDate |
|---|---|---|---|
| Patent Cooperation Treaty | ORD | PCT1/US02/18757 | 14-Jun-2002 |
| United States of America | PRO | 60/298,773 | 14-Jun-2001 |

Tuesday, September 22, 2015                    **Master List by Docket Number**

**Docket Number: 210420-1006**

**Title:** Wound Dressing and Method for Controlling Severe, Life-Threatening Bleeding

**Client:** HemCon Medical Technologies, Inc.

**Assignee:** HemCon, Inc. and Providence Health System-Oregon

**Disclosure Status:** Filed

**Disclosure Date:**

**Attorneys:** CEE, EWM, ELM

| Country | SubCase | Case Type | Status | Application Number | Filing Date | Patent Number | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| European Patent Convention | 05 | PCT | Published | 04815198.9 | 23-Dec-2004 | | | |
| Japan | 07 | PCT | Granted | 2006-547298 | 23-Dec-2004 | 4854084 | 04-Nov-2011 | 23-Dec-2024 |
| Korea, Republic of | 08 | PCT | Granted | 10-2006-7014684 | 23-Dec-2004 | 1148248 | 14-May-2012 | 23-Dec-2024 |
| United States of America | 01 | CIP | Granted | 10/743,052 | 23-Dec-2003 | 7,371,403 | 13-May-2008 | 01-May-2026 |
| United States of America | 16 | CON | Granted | 12/925,292 | 18-Oct-2010 | 8,668,924 | 11-Mar-2014 | 26-Aug-2029 |

**Priorities:**

| CountryName | CaseType | AppNumber | FillDate |
|---|---|---|---|
| Patent Cooperation Treaty | ORD | PCT/US04/43084 | 23-Dec-2004 |
| United States of America | PCT | 10/480,827 | 06-Oct-2004 |
| United States of America | PRO | 60/298,773 | 14-Jun-2001 |

Tuesday, September 22, 2015

Master List by Docket Number

**Docket Number: 210420-1007**

**Title:** Wound Dressing and Method for Controlling Severe, Life-Threatening Bleeding

**Client:** HemCon Medical Technologies, Inc.
**Assignee:** HemCon, Inc.
**Disclosure Status:** Filed
**Disclosure Date:**
**Attorneys:** CEE, EWM, ELM

| Country | SubCase | Case Type | Status | Application Number | Filing Date | Patent Number | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| United States of America | 15 | DIV | Granted | 12/002,401 | 17-Dec-2007 | 8,313,474 | 20-Nov-2012 | 08-Dec-2024 |

**Priorities:**

| CountryName | CaseType | AppNumber | FilDate |
|---|---|---|---|
| Patent Cooperation Treaty | ORD | PCT/US04/43132 | 23-Dec-2004 |
| United States of America | PRI | 10/743,051 | 23-Dec-2003 |

**Docket Number: 210420-1008**

**Title:** Tissue Dressing Assemblies, Systems and Methods Formed from Hydrophilic Polymer Sponge Structures Such as Chitosan

**Client:** HemCon Medical Technologies, Inc.
**Assignee:** HemCon, Inc.
**Disclosure Status:** Filed
**Disclosure Date:**
**Attorneys:** CEE, EWM, ELM

| Country | SubCase | Case Type | Status | Application Number | Filing Date | Patent Number | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| European Patent Convention | 05 | PCT | Published | 04815250.8 | 22-Dec-2004 | | | |
| Japan | 07 | PCT | Granted | 2006-547315 | 22-Dec-2004 | 4812630 | 02-Sep-2011 | 22-Dec-2024 |
| Korea, Republic of | 08 | PCT | Granted | 10-2006-7012470 | 22-Dec-2004 | 10-1105081 | 04-Jan-2012 | 22-Dec-2024 |

**Priorities:**

| CountryName | CaseType | AppNumber | FilDate |
|---|---|---|---|
| Patent Cooperation Treaty | PCT | PCT/US04/43147 | 22-Dec-2004 |
| United States of America | CIP | 10/743,052 | 23-Dec-2003 |
| United States of America | PRI | 10/743,051 | 23-Dec-2003 |

Tuesday, September 22, 2015

## Master List by Docket Number

**Docket Number: 210420-1009**

**Title:** Antimicrobial Barriers, Systems, and Methods Formed from Hydrophilic Polymer Structures Such as Chitosan

**Client:** HemCon Medical Technologies, Inc.
**Assignee:** HemCon Medical Technologies, Inc.
**Disclosure Status:** Filed
**Disclosure Date:**
**Attorneys:** CEE, EWM, ELM

| Country | SubCase | Case Type | Status | Application Number | Filing Date | Patent Number | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| Israel | 08 | PCT | Granted | 184044 | 20-Dec-2005 | 184044 | 01-Oct-2011 | 20-Dec-2025 |

**Priorities:**

| CountryName | CaseType | AppNumber | FilDate |
|---|---|---|---|
| Patent Cooperation Treaty | ORD | PCT/US2005/046199 | 20-Dec-2005 |
| United States of America | CIP | 11/020,365 | 23-Dec-2004 |

Tuesday, September 22, 2015 | **Master List by Docket Number**

**Docket Number: 210420-1010**

**Title:** Hydrophilic Polymer Dental Sponge
**Client:** HemCon Medical Technologies, Inc.
**Assignee:** HemCon Medical Technologies, Inc.
**Disclosure Status:** Filed
**Disclosure Date:**
**Attorneys:** CEE, EWM, ELM

| Country | SubCase | Case Type | Status | Application Number | Filing Date | Patent Number | Issue Date | Expiration Date |
|---------|---------|-----------|--------|--------------------|-------------|---------------|------------|-----------------|
| Canada | 04 | PCT | Published | 2,627,483 | 02-Aug-2006 | | | |
| China (People's Republic) | 05 | PCT | Granted | 200680047919.X | 02-Aug-2006 | ZL200680047919.X | 24-Jul-2013 | 02-Aug-2026 |
| European Patent Convention | 06 | PCT | Published | 06800712.9 | 02-Aug-2006 | | | |
| Hong Kong | 10 | PCX | Published | 09100688.8 | 22-Jan-2009 | | | |
| Japan | 08 | PCT | Granted | 2008-537698 | 02-Aug-2006 | 5,474,351 | 14-Feb-2014 | 02-Aug-2026 |
| Korea, Republic of | 09 | PCT | Granted | 10-2008-7012624 | 02-Aug-2006 | 10-1406566 | 03-Jun-2014 | 02-Aug-2026 |
| United States of America | 01 | CIP | Granted | 11/261,351 | 28-Oct-2005 | 7,897,832 | 01-Mar-2011 | 28-Oct-2025 |
| United States of America | 12 | CON | Granted | 12/804,010 | 12-Jul-2010 | 9,004,918 | 14-Apr-2015 | 05-Nov-2023 |

**Priorities:**

| CountryName | CaseType | AppNumber | FilDate |
|-------------|----------|-----------|---------|
| Patent Cooperation Treaty | ORD | PCT/US06/30283 | 02-Aug-2006 |
| United States of America | CIP | 10/743,052 | 23-Dec-2003 |
| United States of America | CIP | 11/261,351 | 28-Oct-2005 |
| United States of America | PCT | 10/480,827 | 06-Oct-2004 |
| United States of America | PRO | 60/298,773 | 14-Jun-2001 |

Tuesday, September 22, 2015

Master List by Docket Number

**Docket Number: 210420-1011**

**Title:** Systems and Methods for Introducing and Applying a Bandage Structure Within a Body Lumen or Hollow Body Organ

**Client:** HemCon Medical Technologies, Inc.

**Assignee:** Providence Health System-Oregon d/b/a Providence S

**Disclosure Status:** Filed

**Disclosure Date:**

**Attorneys:** CEE, EWM, ELM

| Country | SubCase | Case Type | Status | Application Number | Filing Date | Patent Number | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| European Patent Convention | 06 | PCT | Granted | 07795251.3 | 23-May-2007 | 2026850 | 09-Jul-2014 | 23-May-2027 |
| France | 06 | EPC | Granted | 07795251.3 | 23-May-2007 | 2026850 | 09-Jul-2014 | 23-May-2027 |
| Germany | 06 | EPC | Granted | 07795251.3 | 23-May-2007 | 2026850 | 09-Jul-2014 | 23-May-2027 |
| Italy | 06 | EPC | Granted | 07795251.3 | 23-May-2007 | 2026850 | 09-Jul-2014 | 23-May-2027 |
| Netherlands | 06 | EPC | Granted | 07795251.3 | 23-May-2007 | 2026850 | 09-Jul-2014 | 23-May-2027 |
| United Kingdom | 06 | EPC | Granted | 07795251.3 | 23-May-2007 | 2026850 | 09-Jul-2014 | 23-May-2027 |
| United States of America | 09 | CON | Granted | 12/004,297 | 20-Dec-2007 | 8,920,514 | 30-Dec-2014 | 05-Apr-2028 |
| United States of America | 10 | CON | Published | 14/548,707 | 20-Nov-2014 | | | |

**Priorities:**

| CountryName | CaseType | AppNumber | FilDate |
|---|---|---|---|
| Patent Cooperation Treaty | ORD | PCT/US07/12319 | 23-May-2007 |
| United States of America | PRO | 60/802,654 | 23-May-2006 |

**Docket Number: 210420-1012**

**Title:** Systems and Methods for Hemorrhage Control and or Tissue Repair

**Client:** HemCon Medical Technologies, Inc.

**Assignee:** Providence Health System-Oregon and Kenton W. Greg

**Disclosure Status:** Filed

**Disclosure Date:**

**Attorneys:** CEE, EWM, ELM

| Country | SubCase | Case Type | Status | Application Number | Filing Date | Patent Number | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| Canada | 02 | ORD | Granted | 2,539,382 | 13-Mar-2006 | 2,539,382 | 10-Jan-2012 | 13-Mar-2026 |
| United States of America | 01 | PRI | Allowed | 11/084,688 | 17-Mar-2005 | | | |

**Priorities:**

| Country Name | | | CaseType | AppNumber | FilDate |
|---|---|---|---|---|---|

Tuesday, September 22, 2015 | **Master List by Docket Number** | Page 9 of 17

**Docket Number: 210420-1013**

**Title:** Methods Employing Particulate Hemostatic Agents Formed From Hydrophilic Polymer Foam Such as Chitosan

**Client:** HemCon Medical Technologies, Inc.
**Assignee:** HemCon Medical Technologies, Inc.
**Disclosure Status:** Filed
**Disclosure Date:**
**Attorneys:** CEE, EWM, ELM

| Country | SubCase | Case Type | Status | Application Number | Filing Date | Patent Number | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| United States of America | 02 | CIP | Granted | 11/485,886 | 13-Jul-2006 | 8,741,335 | 03-Jun-2014 | 13-Jan-2024 |
| United States of America | 12 | CON | Granted | 14/255,297 | 17-Apr-2014 | 8,951,565 | 10-Feb-2015 | 13-Jul-2025 |
| United States of America | 13 | CON | Allowed | 14/589,161 | 05-Jan-2015 | 9,132,206 | 15-Sep-2015 | 13-Jul-2025 |

**Priorities:**

| CountryName | CaseType | AppNumber | FilDate |
|---|---|---|---|
| Patent Cooperation Treaty | ORD | PCT/US06/27279 | 13-Jul-2006 |
| United States of America | PRO | 60/698,734 | 13-Jul-2005 |

Tuesday, September 22, 2015

## Master List by Docket Number

**Docket Number: 210420-1020**

**Title:** Absorbable Tissue Dressing Assemblies, Systems, and Methods Formed from Hydrophilic Polymer Sponge Structures Such as Chitosan

**Client:** HemCon Medical Technologies, Inc.

**Assignee:** HemCon Medical Technologies, Inc.

**Disclosure Status:** Filed

**Disclosure Date:**

**Attorneys:** CEE, EWM, ELM

| Country | SubCase | Case Type | Status | Application Number | Filing Date | Patent Number | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| United States of America | 02 | CIP | Granted | 12/218,568 | 16-Jul-2008 | 8,269,058 | 18-Sep-2012 | 01-Jun-2029 |

**Priorities:**

| CountryName | CaseType | AppNumber | FilDate |
|---|---|---|---|
| Patent Cooperation Treaty | ORD | PCT/US08/08660 | 16-Jul-2008 |
| United States of America | PRO | 60/959,641 | 16-Jul-2007 |

Tuesday, September 22, 2015      **Master List by Docket Number**

**Docket Number: 210420-1023**

**Title:** Wound Dressing Devices and Methods

**Client:** HemCon Medical Technologies, Inc.

**Assignee:** Providence Health System-Oregon d/b/a Providence S

**Disclosure Status:** Filed

**Disclosure Date:**

**Attorneys:** CEE, EWM, ELM

| Country | SubCase | Case Type | Status | Application Number | Filing Date | Patent Number | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| Canada | 04 | PCT | TBA | 2,723,172 | 01-May-2009 | | | |
| China (People's Republic) | 05 | PCT | Granted | 200980124430.1 | 01-May-2009 | ZL200980124430.1 | 02-Jul-2014 | 01-May-2029 |
| European Patent Convention | 06 | PCT | Published | 09739250.0 | 01-May-2009 | | | |
| Japan | 08 | PCT | Granted | 2011-507474 | 01-Nov-2010 | 5726068 | 10-Apr-2015 | 01-May-2029 |
| Korea, Republic of | 09 | PCT | Granted | 10-2010-7027038 | 01-Dec-2010 | 10-1548766 | 25-Aug-2015 | 01-May-2029 |
| United States of America | 01 | ORD | Allowed | 12/387,378 | 01-May-2009 | | | |

**Priorities:**

| CountryName | CaseType | AppNumber | FilDate |
|---|---|---|---|
| Patent Cooperation Treaty | ORD | PCT/US09/02723 | 01-May-2009 |
| United States of America | PRO | 61/049,831 | 02-May-2008 |

Tuesday, September 22, 2015 | Master List by Docket Number

## Docket Number: 210420-1035

**Title:** Chitosan Foam Medical Devices and Methods

**Client:** HemCon Medical Technologies, Inc.

**Assignee:** Providence Health System-Oregon

**Disclosure Status:** Filed

**Disclosure Date:**

**Attorneys:** CEE, ELM

| Country | SubCase | Case Type | Status | Application Number | Filing Date | Patent Number | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| European Patent Convention | 03 | PCT | Granted | 09819771.8 | 06-Oct-2009 | 2340002 | 25-Mar-2015 | 06-Oct-2029 |
| France | 03 | EPP | Granted | 09819771.8 | 06-Oct-2009 | 2340002 | 25-Mar-2015 | 06-Oct-2029 |
| Germany | 03 | EPP | Granted | 09819771.8 | 06-Oct-2009 | 2340002 | 25-Mar-2015 | 06-Oct-2029 |
| Hong Kong | 04 | PCX | Published | 12100040 | 06-Oct-2009 | | | |
| Netherlands | 03 | EPP | Granted | 09819771.8 | 06-Oct-2009 | 2340002 | 25-Mar-2015 | 06-Oct-2029 |
| United Kingdom | 03 | EPP | Granted | 09819771.8 | 06-Oct-2009 | 2340002 | 25-Mar-2015 | 06-Oct-2029 |
| United States of America | 02 | PCT | TBA | 13/122,723 | 22-Jun-2011 | | | |
| United States of America | 05 | DIV | Pending | 14/847,526 | 08-Sep-2015 | | | |

**Priorities:**

| CountryName | CaseType | AppNumber | FilDate |
|---|---|---|---|
| Patent Cooperation Treaty | ORD | PCT/US09/59726 | 06-Oct-2009 |
| United States of America | PRO | 61/103,067 | 06-Oct-2008 |

Tuesday, September 22, 2015                    **Master List by Docket Number**

**Docket Number: 210420-1036**

**Title:** BIOCOMPATIBLE AND BIOABSORBABLE DERIVATIZED CHITOSAN COMPOSITIONS

**Client:** HemCon Medical Technologies, Inc.
**Assignee:** HemCon Medical Technologies, Inc.
**Disclosure Status:** Filed
**Disclosure Date:**
**Attorneys:** CEE, EWM, ELM

| Country | SubCase | Case Type | Status | Application Number | Filing Date | Patent Number | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| China (People's Republic) | 05 | PCT | Unfiled | | | | | |
| European Patent Convention | 06 | PCT | Unfiled | | | | | |
| Patent Cooperation Treaty | 03 | ORD | Published | PCT/US2014/027766 | 14-Mar-2014 | | | |
| United States of America | 02 | ORD | Published | 14/211,632 | 14-Mar-2014 | | | |
| United States of America | 04 | DIV | Pending | 14/638,770 | 04-Mar-2015 | | | |

**Priorities:**

| CountryName | | CaseType | AppNumber | FilDate |
|---|---|---|---|---|

Tuesday, September 22, 2015

**Master List by Docket Number**

**Docket Number: 210420-1043**

**Title:** PT: RADIAL ACCESS BAND WITH CHITOSAN PATCH

**Client:** HemCon Medical Technologies, Inc.
**Assignee:** HemCon Medical Technologies, Inc.
**Disclosure Status:** Filed
**Disclosure Date:**
**Attorneys:** CEE, EWM, ELM

| Country | SubCase | Case Type | Status | Application Number | Filing Date | Patent Number | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| United States of America | 00 | PRO | Pending | 62/101,948 | 09-Jan-2015 | | | 09-Jan-2016 |

**Priorities:**

| CountryName | | | CaseType | AppNumber | FilDate | | | |
|---|---|---|---|---|---|---|---|---|

Tuesday, September 22, 2015

**Master List by Docket Number**

**Docket Number: 210420-1044**

**Title:** PT: CHITOSAN MATERIALS FROM CARBONIC ACID SOLUTION

**Client:** HemCon Medical Technologies, Inc.
**Assignee:** HemCon Medical Technologies, Inc.
**Disclosure Status:** Filed
**Disclosure Date:**
**Attorneys:** CEE, EWM, ELM

| Country | SubCase | Case Type | Status | Application Number | Filing Date | Patent Number | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| Patent Cooperation Treaty | 02 | ORD | Published | PCT/US2015/014507 | 04-Feb-2015 | | | |
| United States of America | 01 | ORD | Published | 14/614,316 | 04-Feb-2015 | | | |

**Priorities:**

| Country | Name | CaseType | AppNumber | FilDate |
|---|---|---|---|---|

**Docket Number: 210420-1045**

**Title:** PT: CHITOSAN GEL

**Client:** HemCon Medical Technologies, Inc.
**Assignee:** HemCon Medical Technologies, Inc.
**Disclosure Status:** Filed
**Disclosure Date:**
**Attorneys:** CEE, EWM, ELM

| Country | SubCase | Case Type | Status | Application Number | Filing Date | Patent Number | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| United States of America | 01 | PRO | Pending | 62/145,958 | 10-Apr-2015 | | | 10-Apr-2016 |

**Priorities:**

| CountryName | | | CaseType | AppNumber | FilDate | | | |
|---|---|---|---|---|---|---|---|---|

Tuesday, September 22, 2015

## Report Selection

**Sort Order:** by Docket Number

| | |
|---|---|
| **Print Abstract?:** No | **Print Keywords?:** No |
| **Print Inventors?:** No | **Print Remarks?:** No |
| **Print Country Applications?:** Yes | **Print Entire Family?:** No |
| **Print Priorities?:** Yes | **Print Images/Links?:** No |

**Disclosure Date:**   **From:**   **To:**

**Docket Number:**

**Client:** HEMCO  **Status Code:** Active

**Agent:**  **Disclosure Status(es):**  **Case Type(s):**

**Attorney:**

**Assignee:**

**Country:**

**Area:**

**Inventor:**

**Keyword:**

**Status(es):**

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Status<br>Classes | Application<br>Number/Date | Registration<br>Number/Date |
|---|---|---|---|---|---|
| CHITODOT | 210420-0001<br>United States of America | 0001<br>ORD | Allowed<br>05 Int. | 86/477,734<br>11-Dec-2014 | |
| **Goods:** 05 Int. | bandages, namely, hemostatic bandages for skin wounds, puncture wounds, internal wounds; surgical bandages, hemostatic wound dressings | | | | |
| CHITOFLEX | 210420-0001<br>United States of America | 6409<br>ORD | Registered<br>05 Int. | 77-003,188<br>20-Sep-2006 | 3,264,070<br>17-Jul-2007 |
| **Goods:** 05 Int. | Bandages, namely, hemostatic bandages for skin wounds, puncture wounds, and internal wounds; surgical bandages; hemostatic wound dressings | | | | |
| CHITOGAUZE | 210420-0001<br>United States of America | 6826<br>ORD | Registered<br>05 Int. | 77-611,455<br>10-Nov-2008 | 3,825,898<br>27-Jul-2010 |
| **Goods:** 05 Int. | Bandages for skin wounds | | | | |
| CHITOGAUZE (and katana characters) | 210420-0001<br>Japan | 7126<br>ORD | Registered<br>05 Int. | | 5412125<br>13-May-2011 |
| **Goods:** 05 Int. | Gauze for dressings, chitosan impregnated bandages for skin wounds made of gauze, chitosan impregnated adhesive plasters made of gauze | | | | |
| CHITOPULSE | 210420-0001<br>United States of America | 0002<br>ORD | Allowed<br>10 Int. | 86/585,387<br>02-Apr-2015 | |
| **Goods:** 10 Int. | Medical devices, namely, vascular compression devices to facilitate hemostasis | | | | |
| GUARDACARE | 210420-0001<br>United States of America | 7051<br>ORD | Registered<br>05 Int. | 77-856,516<br>23-Oct-2009 | 3,915,050<br>01-Feb-2011 |
| **Goods:** 05 Int. | bandages, namely, hemostatic bandages for skin wounds, puncture wounds, internal wounds; surgical bandages, hemostatic wound dressings | | | | |
| GUARDACARE (and katakana characters) | 210420-0001<br>Japan | 7127<br>ORD | Registered<br>05 Int. | 37307/2010 | 5362703<br>22-Oct-2010 |
| **Goods:** 05 Int. | pharmaceutical preparations and hemostat preparations | | | | |
| HEMCON | 210420-0001<br>Australia | 6218<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |
| **Goods:** | | | | | |

| Monday, December 21, 2015 | **Trademark List by Trademark** | | | | | Page 2 of 7 |

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Status<br>Classes | Application<br>Number/Date | Registration<br>Number/Date |
|---|---|---|---|---|---|
| HEMCON | 210420-0001<br>Austria | 6219<br>MPR | Registered<br> | <br>29-Apr-2004 | 829,855<br>29-Apr-2004 |
| **Goods:** | | | | | |
| HEMCON | 210420-0001<br>Benelux | 6220<br>MPR | Registered<br> | <br>29-Apr-2004 | 829,855<br>29-Apr-2004 |
| **Goods:** | | | | | |
| HEMCON | 210420-0001<br>Canada | 6122<br>ORD | Registered<br>05 Int , 10 Int. | 1,215,479<br>30-Apr-2004 | TMA688,056<br>22-May-2007 |
| **Goods:** 05 Int. | Bandages, namely, bandages for skin wounds, bandages for internal wounds,and surgical bandages for internal and external use; wound dressing | | | | |
| 10 Int. | Bandages, namely, bandages for anatomical joints, compression bandages for internal and external use | | | | |
| HEMCON | 210420-0001<br>China (People's Republic) | 6221<br>MPR | Registered<br> | <br>29-Apr-2004 | 829,855<br>29-Apr-2004 |
| **Goods:** | | | | | |
| HEMCON | 210420-0001<br>Czech Republic | 6222<br>MPR | Registered<br> | <br>29-Apr-2004 | 829,855<br>29-Apr-2004 |
| **Goods:** | | | | | |
| HEMCON | 210420-0001<br>Denmark | 6223<br>MPR | Registered<br> | <br>29-Apr-2004 | 829,855<br>29-Apr-2004 |
| **Goods:** | | | | | |
| HEMCON | 210420-0001<br>Estonia | 6224<br>MPR | Registered<br> | <br>29-Apr-2004 | 829,855<br>29-Apr-2004 |
| **Goods:** | | | | | |
| HEMCON | 210420-0001<br>Finland | 6225<br>MPR | Registered<br> | <br>29-Apr-2004 | 829,855<br>29-Apr-2004 |
| **Goods:** | | | | | |
| HEMCON | 210420-0001<br>France | 6226<br>MPR | Registered<br> | <br>29-Apr-2004 | 829,855<br>29-Apr-2004 |
| **Goods:** | | | | | |
| HEMCON | 210420-0001<br>Germany | 6227<br>MPR | Registered<br> | <br>29-Apr-2004 | 829,855<br>29-Apr-2004 |
| **Goods:** | | | | | |

| Monday, December 21, 2015 | **Trademark List by Trademark** | | | | Page 3 of 7 |
|---|---|---|---|---|---|

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Status<br>Classes | Application<br>Number/Date | Registration<br>Number/Date |
|---|---|---|---|---|---|
| HEMCON | 210420-0001<br>Greece | 6228<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |
| **Goods:** | | | | | |
| HEMCON | 210420-0001<br>Hungary | 6229<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |
| **Goods:** | | | | | |
| HEMCON | 210420-0001<br>Int'l Registration - Madrid<br>Agreement / Protocol | 6045<br>ORD | Registered<br>05 Int , 10 Int. | Z1230813<br>29-Apr-2004 | 829,855<br>29-Apr-2004 |
| **Goods:** 05 Int.<br>10 Int. | Bandages, namely, bandages for skin wounds, bandages for internal wounds,surgical bandages, and spray foam bandages for internal and external use; wound dressings<br>Bandages, namely, bandages for anatomical joints, compression bandages, spray foam bandages for internal and external use | | | | |
| HEMCON | 210420-0001<br>Ireland | 6230<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |
| **Goods:** | | | | | |
| HEMCON | 210420-0001<br>Israel | 6193<br>ORD | Registered<br>05 Int. | 177,853<br>23-Jan-2005 | 177853<br>06-Mar-2006 |
| **Goods:** 05 Int. | Bandages, namely, bandages for skin wounds, bandages for internal wounds,and surgical bandages for internal and external use; wound dressing | | | | |
| HEMCON | 210420-0001<br>Israel | 6194<br>ORD | Registered<br>10 Int. | 177,854<br>23-Jan-2005 | 177,854<br>06-Mar-2006 |
| **Goods:** 10 Int. | Bandages, namely, bandages for anatomical joints, compression bandages for internal and external use | | | | |
| HEMCON | 210420-0001<br>Italy | 6231<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |
| **Goods:** | | | | | |
| HEMCON | 210420-0001<br>Japan | 6232<br>MPR | Registered<br>05 Int. | 29-Apr-2004 | 829,855<br>21-Mar-2008 |
| **Goods:** 05 Int. | Bandages for dressings, namely, bandages for skin wounds,surgical dressings | | | | |
| HEMCON | 210420-0001<br>Japan | 7147<br>ORD | Registered<br>05 Int. | 37303/2010 | 5362702<br>22-Oct-2010 |
| **Goods:** 05 Int. | pharmaceutical preparations | | | | |
| HEMCON | 210420-0001<br>Latvia | 6233<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |
| **Goods:** | | | | | |

| Trademark | | Case Number<br>Country | SubCase<br>Case Type | Status<br>Classes | Application<br>Number/Date | Registration<br>Number/Date |
|---|---|---|---|---|---|---|
| HEMCON | | 210420-0001<br>Lithuania | 6234<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |
| | Goods: | | | | | |
| HEMCON | | 210420-0001<br>Mexico | 6121<br>ORD | Registered<br>05 Int. | 654,335<br>30-Apr-2004 | 859300<br>23-Nov-2004 |
| | Goods: 05 Int. | Bandages, namely, bandages for skin wounds, bandages for internal wounds,and surgical bandages for internal and external use; wound dressing | | | | |
| HEMCON | | 210420-0001<br>Mexico | 6125<br>ORD | Registered<br>10 Int. | 654,334<br>30-Apr-2004 | 859299<br>23-Nov-2004 |
| | Goods: 10 Int. | Bandages, namely, bandages for anatomical joints, compression bandages for internal and external use | | | | |
| HEMCON | | 210420-0001<br>Norway | 6235<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |
| | Goods: | | | | | |
| HEMCON | | 210420-0001<br>Poland | 6236<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |
| | Goods: | | | | | |
| HEMCON | | 210420-0001<br>Portugal | 6237<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |
| | Goods: | | | | | |
| HEMCON | | 210420-0001<br>Russian Federation | 6238<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |
| | Goods: | | | | | |
| HEMCON | | 210420-0001<br>Slovakia | 6239<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |
| | Goods: | | | | | |
| HEMCON | | 210420-0001<br>Slovenia | 6240<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |
| | Goods: | | | | | |
| HEMCON | | 210420-0001<br>Spain | 6241<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |
| | Goods: | | | | | |
| HEMCON | | 210420-0001<br>Sweden | 6242<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |

| Monday, December 21, 2015 | | **Trademark List by Trademark** | | | | Page 5 of 7 |

| Trademark | | Case Number<br>Country | SubCase<br>Case Type | Status<br>Classes | Application<br>Number/Date | Registration<br>Number/Date |
|---|---|---|---|---|---|---|
| | **Goods:** | | | | | |
| HEMCON | | 210420-0001<br>Switzerland | 6243<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |
| | **Goods:** | | | | | |
| HEMCON | | 210420-0001<br>Turkey | 6244<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |
| | **Goods:** | | | | | |
| HEMCON | | 210420-0001<br>United Kingdom | 6245<br>MPR | Registered | 29-Apr-2004 | 829,855<br>29-Apr-2004 |
| | **Goods:** | | | | | |
| HEMCON | | 210420-0001<br>United States of America | 6039<br>ORD | Registered<br>05 Int , 10 Int. | 76-268,991<br>07-Jun-2001 | 2,735,347<br>08-Jul-2003 |
| | **Goods:** 05 Int.<br>10 Int. | Bandages, namely, bandages for skin wounds, bandages for internal wounds,surgical bandages, and spray foam bandages for internal and external use; wound dressings<br>Bandages, namely, bandages for anatomical joints, compression bandages, spray foam bandages for internal and external use | | | | |
| HEMCON (katakana characters) | | 210420-0001<br>Japan | 7122<br>ORD | Registered<br>05 Int , 10 Int. | 37304/2010 | 5406497<br>15-Apr-2011 |
| | **Goods:** 05 Int.<br>10 Int. | Bandages for dressings, namely, bandages for skin wounds,surgical dressings<br>Bandages, namely, bandages for anatomical joints, compression bandages for internal and external use | | | | |
| HEMCON DENTAL DRESSING<br>(and katana characters) | | 210420-0001<br>Japan | 7186<br>ORD | Registered<br>05 Int. | 71243/2010<br>09-Sep-2010 | 5422469<br>01-Jul-2011 |
| | **Goods:** 05 Int. | Pharmaceutical preparations, hemostatics, bandages, adhesive plasters, dental materials | | | | |
| HEMCON Design Only | | 210420-0001<br>Japan | 7124<br>ORD | Registered<br>05 Int , 10 Int. | 373052010 | 5406498<br>15-Apr-2011 |
| | **Goods:** 05 Int.<br>10 Int. | Bandages, namely, bandages for skin wounds, bandages for internal wounds,surgical bandages for internal and external use; wound dressings<br>Bandages, namely, bandages for anatomical joints, compression bandages for internal and external use | | | | |
| HEMCON Design Only | | 210420-0001<br>United States of America | 6032<br>ORD | Registered<br>05 Int , 10 Int. | 78/321,224<br>30-Oct-2003 | 2,941,755<br>19-Apr-2005 |
| | **Goods:** 05 Int.<br>10 Int. | Bandages, namely, bandages for skin wounds, bandages for internal wounds,surgical bandages for internal and external use; wound dressings<br>Bandages, namely, bandages for anatomical joints, compression bandages for internal and external use | | | | |
| HEMCON PATCH | | 210420-0001<br>United States of America | 6942<br>ORD | Registered<br>05 Int. | 77-732,990<br>08-May-2009 | 3,851,037<br>21-Sep-2010 |

| Monday, December 21, 2015 | **Trademark List by Trademark** | | | | Page 6 of 7 |

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Status<br>Classes | Application<br>Number/Date | Registration<br>Number/Date |
|---|---|---|---|---|---|
| **Goods:** 05 Int. | Bandages, namely, adhesive bandages, bandages for skin wounds, bandages for internal wounds, surgical bandages for internal and external use, wound dressings | | | | |
| KYTOSTAT (and katakana characters) | 210420-0001<br>Japan | 7130<br>ORD | Registered<br>05 Int. | 37309/2010 | 5362705<br>22-Oct-2010 |
| **Goods:** 05 Int. | bandages for skin wounds | | | | |
| M.DOC (and katakana characters) | 210420-0001<br>Japan | 7131<br>ORD | Registered<br>05 Int. | 37310/2010 | 5362706<br>22-Oct-2010 |
| **Goods:** 05 Int. | Gauze for dressings, bandages for dressings, adhesive plasters | | | | |
| NASAL PLUG (and katakana characters) | 210420-0001<br>Japan | 7159<br>ORD | Registered<br>05 Int. | 71244/2010 | 5382077<br>07-Jan-2011 |
| **Goods:** 05 Int. | Pharmaceutical preparations, hemostatics, bandages, adhesive plasters | | | | |
| SURGICAL GEL (and katakana characters) | 210420-0001<br>Japan | 7187<br>ORD | Registered<br>05 Int. | 71245/2010 | 5382078<br>07-Jan-2011 |
| **Goods:** 05 Int. | Pharmaceutical preparations, hemostatics, bandages, adhesive plasters, collodion for pharmaceutical purposes | | | | |

| | | |
|---|---|---|
| Monday, December 21, 2015 | **Report Selection** | Page 7 of 7 |
| | | **Record Count: 54** |

| | | | |
|---|---|---|---|
| **Sort Order:** by Trademark | **Report Format:** Concise | **Print Goods?:** | Yes |
| | | **Print Remarks?:** | No |
| | | **Print Images/Links?:** | No |
| | | **Print Designated Countries?:** | No |

| **Filing Date:** | **From:** | **To:** |
|---|---|---|

| | | |
|---|---|---|
| **Case Number:** | **Status Code:** Active | |
| **Trademark:** | **Case Type(s):** | **Status(es):** |
| **Client:** HemCon Medical Technologies, Inc. | | |
| **Agent:** | | |
| **Attorney:** | | |
| **Owner:** | | |
| **Country:** | | |
| **Area:** | | |
| **Keyword:** | | |

**Fill in this information to identify the case:**

Debtor name    **HemCon Medical Technologies, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **16-30119-pcm11**

☐ Check if this is an
     amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

     ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☐ **Yes.** Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Sussex Associates, LP**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**All cash, accounts receivable, inventory, purchase orders, & all intellectual property but specifically excluing all property, plant, and equipment.** | **$5,154,000.00** | **Unknown** |
| **24200 SW Freeway<br>#402-285<br>Rosenberg, TX 77471**<br>Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☐ No    ☑ Unknown<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred<br>11/21/2013<br>Last 4 digits of account number** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$5,154,000.00** |

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Sussex Associates, LP<br>Paul Conrad CPA - RA<br>2238 Woodland Park Dr.<br>Houston, TX 77077** | Line   **2.1** | |

**Fill in this information to identify the case:**

Debtor name    **HemCon Medical Technologies, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **16-30119-pcm11**

☐ Check if this is an
    amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ☐ No. Go to Part 2.

     ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Maire Ni Beilliu**<br>**1000 SW Vista Avenue, Apt. 410**<br>**Portland, OR 97205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| --- | --- | --- |
|  | Date or dates debt was incurred<br><br>**January 2016.** | Basis for the claim:<br>**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].** |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.2 | Priority creditor's name and mailing address<br>**Simona Buergi**<br>**5514 SE Hillwood Circle**<br>**Milwaukie, OR 97267** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |
|  | Date or dates debt was incurred<br><br>**January 2016.** | Basis for the claim:<br>**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| | | | |
|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**City of Portland**<br>**City Attorney's Office**<br>**1221 SW Fourth Ave., Rm. 430**<br>**Portland, OR 97204** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**    $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**City Fees or Taxes** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address<br>**Brian Clare**<br>**2108 SE Cypress Avenue**<br>**Portland, OR 97214** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**    $0.00 |
| | Date or dates debt was incurred<br>**January 2016.** | Basis for the claim:<br>**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address<br>**Megan Clark**<br>**17348 Bryant Road**<br>**Lake Oswego, OR 97035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**    $0.00 |
| | Date or dates debt was incurred<br>**January 2016.** | Basis for the claim:<br>**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address<br>**Gretchen Daguanno**<br>**1829 NW Lovejoy Street, #103**<br>**Portland, OR 97209** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**    $0.00 |
| | Date or dates debt was incurred<br>**January 2016.** | Basis for the claim:<br>**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Andie Duplantis**<br>**2009 NW Overton Street, #1**<br>**Portland, OR 97209** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**January 2016.** | Basis for the claim:<br>**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Cole Gannett**<br>**6706 SE Steele Street**<br>**Portland, OR 97206** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**January 2016.** | Basis for the claim:<br>**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,571.57** | **$6,571.57** |
|---|---|---|---|---|
| | **IRS**<br>**POB 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Medical device tax.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Simon J McCarthy**<br>**3715 NW Gordon Street**<br>**Portland, OR 97210** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**January 2016.** | Basis for the claim:<br>**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 16-30119-pcm11     Doc 70     Filed 01/29/16

| | | | |
|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,570.62**    **$1,570.62** |

**2.11** — Priority creditor's name and mailing address

**Multnomah County-DART Assessment, Recording & Taxation**
**POB 2716**
**Portland, OR 97208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,570.62**    **$1,570.62**

Date or dates debt was incurred

Basis for the claim:
**County Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.12** — Priority creditor's name and mailing address

**ODR Bkcy**
**955 Center NE #353**
**Salem, OR 97301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Precautionary - State taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.13** — Priority creditor's name and mailing address

**Lora Remington**
**12047 SW Tualatin Road, #325**
**Tualatin, OR 97062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

**January 2016.**

Basis for the claim:
**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.14** — Priority creditor's name and mailing address

**Julie Saltamachio**
**14377 SE Meadows Lane**
**Clackamas, OR 97015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

**January 2016.**

Basis for the claim:
**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Stuart Sands**
**2165 NW Everett Steet**
**Portland, OR 97210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**January 2016.**

**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Michelle Sells**
**3501 Burlington Dr**
**Newberg, OR 97132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**January 2016.**

**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Andrew Sprague**
**10601 SW Tigard Street, #4**
**Tigard, OR 97223**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**January 2016.**

**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Rachelle Stewart**
**1103 N Meridian St. Unit 4201**
**Newberg, OR 97132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**January 2016.**

**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Amennie Tes** | *Check all that apply.* | | |
| | **15520 NE 85th Street** | ☐ Contingent | | |
| | **Vancouver, WA 98682** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

**January 2016.**

Basis for the claim:
**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jana L Wahl** | *Check all that apply.* | | |
| | **11166 SE 30th Avenue** | ☐ Contingent | | |
| | **Milwaukie, OR 97222** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

**January 2016.**

Basis for the claim:
**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,456.44 | $52,456.44 |
|---|---|---|---|---|
| | **Washington County Tax Collector** | *Check all that apply.* | | |
| | **155 N 1st Ave. Room 130** | ☐ Contingent | | |
| | **Hillsboro, OR 97124** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**County Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Michael Wax** | *Check all that apply.* | | |
| | **1500 SW 5th Avenue, Unit 1106** | ☐ Contingent | | |
| | **Portland, OR 97201** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

**January 2016.**

Basis for the claim:
**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Case 16-30119-pcm11     Doc 70     Filed 01/29/16

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |

Priority creditor's name and mailing address

**Stephanie Wiegman**
**1460 SW Bertha Blvd, #16**
**Portland, OR 97219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

**January 2016.**

Basis for the claim:
**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address |

Priority creditor's name and mailing address

**Ervelyn Winata**
**463 NE Natalie Street**
**Hillsboro, OR 97124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

**January 2016.**

Basis for the claim:
**Employee. Paid pursuant to Court Order entered 1/27/16 [ECF No. 58].**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,097.50** |

Nonpriority creditor's name and mailing address

**Adams & Chittenden Scientific Glass**
**2741 Eighth St.**
**Berkeley, CA 94710**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,097.50**

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim: __Trade Creditor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | | **$5,292.00** |

Nonpriority creditor's name and mailing address

**Adaptive Planning/Insights**
**1400 Live Oak Ave.**
**Irwindale, CA 91706-1300**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,292.00**

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim: __Trade Creditor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | | **$0.00** |

Nonpriority creditor's name and mailing address

**Adobe**
**345 Park Ave.**
**San Jose, CA 95110**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim: __Precautionary.__

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 16-30119-pcm11      Doc 70      Filed 01/29/16

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**AFLAC**
**Attn: Remittance Processing**
**1932 Wynnton Road**
**Columbus, GA 31993-0797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Agilent Technologies**
**5301 Stevens Creek Blvd**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $762.60 |
| --- | --- | --- | --- |

**Airgas USA, LLC**
**POB 7423**
**Pasadena, CA 91109-7423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Trade Creditor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Allegiance Benefit Plan Mgmt**
**POB 4346**
**Missoula, MT 59806-4346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Allied Affiliated Funding LP**
**5151 Beltline Rd. #500**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary. Terminated UCC filing 89714351.**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
| --- | --- | --- | --- |

**Larry L. Alloway**
**3814 S. Genoa Circle Unit B**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **1/20/2015**

Basis for the claim:  **Unsecured loan.**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Amazon.com, Inc.**
**410 Terry Ave. North**
**Seattle, WA 98109-5210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Arbitration Association**
45 E River Park Place W
Suite 308
Fresno, CA 93720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.00 |
|---|---|---|---|

**Animal Biotech Industries, Inc**
POB 519
Dansboro, PA 18916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: **Trade Creditor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**aptitude LLC**
75 Remittance Drive Ste# 1798
Attn: Accounts Receivable
Chicago, IL 60675-1798

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred ___

Basis for the claim: **Trade Creditor**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aramark**
1801 SW Airport Ave.
Corvallis, OR 97333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $774.12 |
|---|---|---|---|

**Archive Systems, Inc.**
23070 NE Townsend Way
Portland, OR 97024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: **Trade Creditor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arizona Instrument**
3375 N Delaware St
Chandler, AZ 85225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASQ**
POB 3033
Milwaukie, WI 53201-3033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Assoc. for the Advc. of Med. Instruments**
**c/o Agent Cashier - IFF**
**Suite 301**
**Arlington, VA 22203-1633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Atkins Design**
**617 Curtis Ave.**
**Wilmington, DE 19804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,530.00 |
|---|---|---|---|

**Avalara**
**435 Eriksen Ave., N.E.**
**Bainbridge Island, WA 98110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Sales tax management software.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Balboa Cap/VAR Leasing**
**2010 Main Street 11th Fl**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ball Janik LLP**
**101 SW Main Street**
**Suite 1100**
**Portland, OR 97204-3219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bank of America NA**
**2001 Clayton Road**
**Mail Code: CA4-702-0**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary. Terminated UCC Filing 7883059.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,500.00 |
|---|---|---|---|

**James Barickman**
**10 Saugatuck Ave.**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Unsecured Loan**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-30119-pcm11   Doc 70   Filed 01/29/16

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,910.01 |
|---|---|---|---|

**Maire Ni Beilliu**
**1000 SW Vista Avenue, Apt. 410**
**Portland, OR 97205**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Deferred bonus.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BetaKang (ShenZhen) Health Tech., Co. Lt**
**16/F, Block B, Pavillion**
**No. 4002 Huaqiang North Road**
**Futian District, ShenZhen**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bibby Financial Services (CA), Inc.**
**3027 Townsgate Rd., Ste #140**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Precautionary. Terminated UCC Filing 89855170.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,750.00 |
|---|---|---|---|

**Biotest Laboratories**
**9303 West Broadway Ave.**
**Brooklyn Park, MN 55445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Quality control release testing services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $417.03 |
|---|---|---|---|

**Bird & Bird**
**4/F Three Pacific Place**
**1 Queen's Road East**
**HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Patent services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michel Boileau MD**
**75 Bond Street**
**Bend, OR 97702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl Bondurant**
**10220 SW Sedlak Ct.**
**Tualatin   97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Precautionary. Former employee.**

Is the claim subject to offset? ■ No ☐ Yes

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,561.25 |
|---|---|---|---|

**Boyd Corporation**
**600 So McClure Road**
**Modesto, CA 95357**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Trade Creditor__

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robin Brandstetter**
**6505 SE Needham Street**
**Milwaukie  97222**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Precautionary. Former employee.__

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,750.00 |
|---|---|---|---|

**Simona Buergi**
**5514 SE Hillwood Circle**
**Milwaukie, OR 97267**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Deferred bonus.__

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Business Accelerator**
**Portland State University**
**351 NW 12th Ave.**
**Portland, OR 97209**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,694.53 |
|---|---|---|---|

**Carmody Torrance Sandak & Hennessey**
**195 Church Street**
**New Haven, CT 06509-1950**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Trade Creditor__

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,770.00 |
|---|---|---|---|

**CEpartner4U BV**
**POB 268**
**Elk River, MN 55330**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __European authorized representative and consulting services.__

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles Creighton**
**1235 N. Going St.**
**Portland, OR 97217**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Precautionary. Former employee.__

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Center Parking**
**514 SW 6th Ave., 1st Floor**
**Portland, OR 97204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,450.01 |
|---|---|---|---|

**Brian Clare**
**2108 SE Cypress Avenue**
**Portland, OR 97214**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Deferred bonus.**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,260.00 |
|---|---|---|---|

**Megan Clark**
**17348 Bryant Road**
**Lake Oswego, OR 97035**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Deferred bonus.**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Claude's Accurate Machining**
**14413 NE 10th Ave.**
**Suite A112**
**Vancouver, WA 98685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Combat Medical Systems LLC**
**5555 Harrisburg Industrial Park Dr.**
**Harrisburg, NC 28075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary. Terminated UCC filings 89716703 and 89716710 and 89716727.**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Computer Packages, Inc**
**800 Roosevelt Road**
**Building B, Suite 302**
**Glen Ellyn, IL 60137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Concord Technologies**
**101 Stewart Street, Suite 1000**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Copytronix**
16640 SW 72nd Ave.
Portland, OR 97224

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Precautionary.__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Service Company**
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.00 |
|---|---|---|---|

**Cosgrave Vergeer Kester LLP**
888 SW Fifth Ave., Suite 500
Portland, OR 97204

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Creditor__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,088.35 |
|---|---|---|---|

**Covenant Technology Solutions, Inc.**
15 SE 82nd Drive Suite 120
Gladstone, OR 97027

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __IT Infrastructure and support services.__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craftsman Label, Inc**
13101 SE 84th Ave.
Clackamas, OR 97015

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Precautionary.__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CTS LanguageLink**
911 Main Street, Suite 10
Vancouver, WA 98660

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,147.00 |
|---|---|---|---|

**Gretchen Daguanno**
1829 NW Lovejoy Street, #103
Portland, OR 97209

Date or dates debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Deferred bonus.__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330,000.00 |
|---|---|---|---|
| | **DayStar Funding LP** | ☐ Contingent | |
| | **5834 Bridlewood Dr.** | ☐ Unliquidated | |
| | **Richmond, TX 77469** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | | Basis for the claim: __Unsecured Loan__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Department of the Treasury** | ☐ Contingent | |
| | **Internal Revenue Service** | ☐ Unliquidated | |
| | **Cincinnati, OH 45999-0009** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | | Basis for the claim: __Additional notice.__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Department of Veteran Affairs** | ☐ Contingent | |
| | **c/o Agent Cashier - IFF** | ☐ Unliquidated | |
| | **POB 7005** | ☐ Disputed | |
| | **Hines, IL 60141** | | |
| | Date or dates debt was incurred ___ | Basis for the claim: __Precautionary.__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Dept of the Treasury** | ☐ Contingent | |
| | **Form 5330/Section 4979** | ☐ Unliquidated | |
| | **Internal Revenue Service** | ☐ Disputed | |
| | **Ogden, UT 84201** | | |
| | Date or dates debt was incurred ___ | Basis for the claim: __Precautionary.__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Donald Gouge, Jr., LLC** | ☐ Contingent | |
| | **800 N. King Street** | ☐ Unliquidated | |
| | **Suite 303** | ☐ Disputed | |
| | **Wilmington, DE 19899-1674** | | |
| | Date or dates debt was incurred ___ | Basis for the claim: __Precautionary.__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Dragos Mihalache** | ☐ Contingent | |
| | **17308 SE 3rd St.** | ☐ Unliquidated | |
| | **Vancouver, WA 98683** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | | Basis for the claim: __Precautionary. Former employee.__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Dravon Medical, Inc.** | ☐ Contingent | |
| | **11465 S.E. Hwy. 212** | ☐ Unliquidated | |
| | **Clackamas, OR 97015** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | | Basis for the claim: __Precautionary.__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,472.00** |
|---|---|---|---|

**Andie Duplantis**
**2009 NW Overton Street, #1**
**Portland, OR 97209**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Deferred bonus.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Stephanie Ebert**
**1750 Hickory KNL**
**Johns Island   29455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Precautionary. Former employee.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**EcoBinary, LLC**
**8240 SW Nimbus Ave.**
**Beaverton, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Employment Screening Srvcs**
**627 E. Sprague, Ste 100**
**Spokane, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ENV Services, Inc.**
**Attn: Receiving Dept.**
**10575 SW Cascade Ave., Ste. 130**
**Portland, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,093.75** |
|---|---|---|---|

**eSoftware Professionals**
**10450 SW Nimbus, Suite B**
**Portland, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Enterprise Resource Planning software implemetation services.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Essential Healthcare Management**
**25621 Bridgewater Lane**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Sales support and consultancy services.__

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**F.A. Voight & Associates LP**
**5834 Bridlewood Dr.**
**Richmond, TX 77471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Precautionary. Terminated UCC Filing 89877572.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,325.71 |
| --- | --- | --- | --- |

**FedEx**
**POB 7221**
**Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Freight services__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $415.10 |
| --- | --- | --- | --- |

**FedEx Freight**
**Attn: Receiving Dept.**
**10575 SW Cascade Ave., Ste. 130**
**Portland, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Freight services__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,752.00 |
| --- | --- | --- | --- |

**FedEx Freight**
**Attn: Receiving Dept.**
**10575 SW Cascade Ave., Ste. 130**
**Portland, OR 97223**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Freight services__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**FedEx Trade Networks**
**128 Dearborn St**
**Buffalo, NY 14207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Fidelity Investments**
**POB 73307**
**Plan 79723**
**Chicago, IL 60673-7307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Fine Solutions**
**20700 44th Ave. West**
**Suite 260**
**Lynnwood, WA 98036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**First American Title Co.**
**Accounts Receivable Dept**
**24508 Network Place**
**Chicago, IL 60673-1245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**  Precautionary.

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fluke Electronics**
**1420 75th Street SW**
**Everett, WA 98203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**  Precautionary.

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Food and Drug Administration**
**US Bank Lock Box, FDA Account**
**POB 956733**
**St. Louis, MO 63195-6733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**  Precautionary.

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frontier Medical Products**
**140 S Park Street**
**Port Washington, WI 53074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**  Precautionary.

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gael Limited**
**Orion House**
**S.E. Technology Park**
**East Kilbride G75 0RD**
**SCOTLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**  Precautionary.

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,071.47 |
|---|---|---|---|

**Cole Gannett**
**6706 SE Steele Street**
**Portland, OR 97206**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**  Deferred bonus.

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Georgia Regents Medical Associates**
**1499 Walton Way**
**Suite 1400**
**Augusta, GA 30901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**  Trade Creditor

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,534.34 |
|---|---|---|---|

**GPO Morgan, LLC**
**c/o Great Point Investors LLC**
**Two Center Plaza, Suite 410**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Lease at 720 SW Washington Street. Debtor is tenant.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GPO Morgan, LLC Urban Renaissance Group**
**Urban Renaissance Prop Co**
**720 SW Washington St, Suite 630**
**Portland, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Additional notice.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200,000.00 |
|---|---|---|---|

**Grace Christian Ministries, Inc**
**15401 Bellaire Blvd.**
**Houston, TX 77083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **12/16/2014**

Basis for the claim:   **Promissory Note.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Grace Christian Ministries, Inc.**
**c/o Christian, Smith & Jewell, LLP**
**2302 Fannin, Suite 500**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Additional notice.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,516.16 |
|---|---|---|---|

**Dr. Kenton Gregory**
**9155 SW Barnes Road**
**Suite 240**
**Portland, OR 97225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Chitosan Technology license agreement.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GS1 US, Inc.**
**7887 Washington Village Drive**
**Suite 300**
**Dayton, OH 45459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Guenther**
**518 Woodbird Place**
**Paris, TN 38242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gyrus ACMI, Inc.**
**Attn: Wally Puckett**
**2925 Appling Road**
**Bartlett, TN 38133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hatfield Communications LLC**
**POB 83825**
**Portland, OR 97283-0825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,700.00 |
|---|---|---|---|

**Healthcare Manufaktur GmbH**
**Gustav-Heinemann-Ufer 56**
**50968 Koln**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Trade Creditor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,784.00 |
|---|---|---|---|

**HemCon Medical Tech CZ s.r.o.**
**Delnicka 363**
**CZ 506 01 Jicin**
**CZECH REPUBLIC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Trade Creditor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hi-Heat Industries, Inc**
**256 Hanover Road**
**Lewistown, MT 59457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,355.00 |
|---|---|---|---|

**Hua Xie**
**5929 NW Skycrest Pkwy**
**Portland, OR 97229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **China Agent Commission**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173,125.73 |
|---|---|---|---|

**Icon Pool 3 West, LLC**
**Two North Riverside Plaza**
**Suite 2350**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Leasehold restoration claim by previous landlord.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$111,858.00** |
|---|---|---|---|

**IndCor Properties**
**75 Remittance Drive**
**Dept 6957**
**Chicago, IL 60675-6957**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Landlord at Debtor old location at 10757 SW Cascade Ave.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,164.00** |
|---|---|---|---|

**IndCor Properties**
**75 Remittance Drive**
**Dept 6957**
**Chicago, IL 60675-6957**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Landlord at Debtor old location at 10757 SW Cascade Ave.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,103.73** |
|---|---|---|---|

**IndCor Properties**
**75 Remittance Drive**
**Dept 6957**
**Chicago, IL 60675-6957**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Landlord at Debtor old location at 10757 SW Cascade Ave.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawrence K. Ingber**
**POB 630**
**Palm Beach, FL 33480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Inland Integration**
**114 West Pacific Ave.**
**Suite 204**
**Spokane, WA 99201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$257,651.24** |
|---|---|---|---|

**Innovize**
**500 Oak Grove Parkway**
**St. Paul, MN 55127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Manufacturing services.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82,939.70** |
|---|---|---|---|

**Innovize**
**500 Oak Grove Parkway**
**St. Paul, MN 55127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Manufacturing services.**

Is the claim subject to offset? ■ No  ☐ Yes

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Instron Corporation**
**75 Remittance Drive, Ste. 6826**
**Chicago, IL 60675-6826**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

Basis for the claim:  __Precautionary.__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $697.24 |
|---|---|---|---|

**Integra Telecom, Inc.**
**18110 SE 34th St.**
**Building One, Ste 100**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

Basis for the claim:  __Trade Creditor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,623.04 |
|---|---|---|---|

**IPFS (Imperial Credit Corp)**
**POB 100391**
**Pasadena, CA 91189-0391**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

Basis for the claim:  __Insurance premium financing.__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Irvine Pharmaceutical Services**
**10 Vanderbilt Ave.**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

Basis for the claim:  __Precautionary.__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jones Lang LaSalle Americas, Inc**
**BMO Harris Bank**
**33832 Treasury Center Dr**
**Chicago, IL 60694-3800**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

Basis for the claim:  __Precautionary.__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kemeera, Inc. | DBA Fathom**
**329 Jesfferson Street**
**Oakland, CA 97607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

Basis for the claim:  __Precautionary.__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim & Chang**
**Seyang Bldg. (Main Reception)**
**39, Sajik-ro 8-gil**
**Jongno-gu, Seoul 03170**
**KOREA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

Basis for the claim:  __Precautionary.__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lab Consulting, LLC**
**3047 NE 14th Ave.**
**Portland, OR 97212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,950.00 |
|---|---|---|---|

**Lab Support**
**33035 Collection Center Drive**
**Chicago, IL 60693-0330**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade Creditor__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.75 |
|---|---|---|---|

**Lampire Biologic Laboratories, Inc.**
**POB 270**
**Pipersville, PA 18947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Bovine blood.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,001.50 |
|---|---|---|---|

**Law Office of Charles J. Ingber**
**4653 Carmel Mountain Road**
**Suite 308-217**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Matasar, P.C.**
**621 SW Morrison St.**
**Suite 1025**
**Portland, OR 97205-3813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LEAD IT Consulting LLC**
**14990 SW 144th Ave.**
**Portland, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LegalShield**
**POB 2629**
**Ada, OK 74821-9984**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Legend Technical Services, Inc.**
**88 Empire Drive**
**St. Paul, MN 55103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**LifeMap/Regence Life and Health**
**POB 1271**
**MS E3A**
**Portland, OR 97207-1271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180,000.00 |
| --- | --- | --- | --- |

**John Linderman and James Barickman**
**10 Saugatuck Ave.**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Unsecured Loan**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**James S. Linderman**
**307 Springhouse Lane**
**Hockessin, DE 19707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,500.00 |
| --- | --- | --- | --- |

**John Linderman**
**10 Saugatuck Ave.**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Unsecured Loan**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Louisiana Board of Wholesale Drug Dist.**
**12091 Bricksome Ave.**
**Suite B**
**Baton Rouge, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Mantra Technology, LLC**
**278 SW Mawrcrest Ave.**
**Gresham, OR 97080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mazama Design LLC**
2990 NW Fitzgerald Ct
Bend, OR 97701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,500.02 |
|---|---|---|---|

**Simon J Mccarthy**
3715 NW Gordon Street
Portland, OR 97210

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Deferred bonus.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McMaster-Carr Supply Co**
POB 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,424.00 |
|---|---|---|---|

**MedAssets, Inc**
POB 741361
Atlanta, GA 30374-7413

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,735.00 |
|---|---|---|---|

**MedAssets, Inc**
POB 741361
Atlanta, GA 30374-7413

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Samuel Meeks**
11 Carrington Court
Hazel Crest   60429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Precautionary. Former employee.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MetLife Local Market**
POB 804466
Kansas, MO 64180-4466

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| | | |
|---|---|---|
| **3.130** | Nonpriority creditor's name and mailing address<br>**Mettler-Toledo, Inc.**<br>**22670 Network Place**<br>**Chicago, IL 60673-1226**<br><br>Date or dates debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Precautionary.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.131** | Nonpriority creditor's name and mailing address<br>**Michael L. Larson Company, P.C.**<br>**5665 Meadows Road, Suite 310**<br>**Lake Oswego, OR 97035**<br><br>Date or dates debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Tax services.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18,024.00** |

| | | |
|---|---|---|
| **3.132** | Nonpriority creditor's name and mailing address<br>**Micrex Corporation**<br>**17 Industrial Road**<br>**Walpole, MA 02081**<br><br>Date or dates debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Precautionary.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.133** | Nonpriority creditor's name and mailing address<br>**Microrite Inc.**<br>**5019 New Trier Ave.**<br>**San Jose, CA 95136**<br><br>Date or dates debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Precautionary.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.134** | Nonpriority creditor's name and mailing address<br>**Microsoft - Online Services**<br>**One Microsoft Way**<br>**Redmond, WA 98052-6399**<br><br>Date or dates debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Precautionary.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.135** | Nonpriority creditor's name and mailing address<br>**Miller Nash LLP**<br>**POB 3585**<br>**Portland, OR 97208-3585**<br><br>Date or dates debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Patent services.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$80,375.19** |

| | | |
|---|---|---|
| **3.136** | Nonpriority creditor's name and mailing address<br>**Miller Nash LLP**<br>**POB 3585**<br>**Portland, OR 97208-3585**<br><br>Date or dates debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  __Legal Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11,000.00** |

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**National Health Institute**
ATTN:  Karin J. Mastrangelo
6707 Democracy Blvd., Room 720C
2 Democracy Plaza
Bethesda, MD 80892-5451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **GI Hemostatic Dressing Grant 1R43DK104564-01**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**National Health Institute**
ATTN:  Pamela M. Love
6707 Democracy Blvd.
Bethesda, MD 80892-5451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,773.29 |
|---|---|---|---|

**Nelson Laboratories, Inc.**
POB 571830
Murray, UT 84157-1830

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Trade Creditor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Netropole Inc.**
5630 NE MLK Blvd.
Portland, OR 97211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $849.80 |
|---|---|---|---|

**New Horrizon, Inc.**
Attn: M. Sctott Stevens
8270 S 33rd #307
Lincoln, NE 68516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Unsecured Loan/ Interest**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Newegg Inc.**
9997 Rose Hills Road
Whittier, CA 90601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,088.14 |
|---|---|---|---|

**Northwest Paper Box Manufacturing**
5617 N. Basin Ave.
Portland, OR 97217-3901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Trade Creditor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,942.15** |
|---|---|---|---|
| | **NSAI Inc.**<br>**Nat'l Standards Auth. of Ireland**<br>**Finance & Administration**<br>**20 Trafalgar Square Suite 603**<br>**Nashua, NH 03063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | Basis for the claim: __Trade Creditor__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **NW Natural Gas**<br>**POB 6017**<br>**Portland, OR 97228-6017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | Basis for the claim: __Precautionary.__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **NW Towncar Service**<br>**17950 SW Loma Vista St**<br>**Beaverton, OR 97007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | Basis for the claim: __Precautionary.__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,500.00** |
|---|---|---|---|
| | **OHSU Proposal & Award**<br>**Mailcode L106OPAM**<br>**0690 SW Bancroft Street**<br>**Portland, OR 97239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | Basis for the claim: __Grant with OHSU regenerative medicine__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,568.14** |
|---|---|---|---|
| | **OHSU Proposal & Award**<br>**Mailcode L106OPAM**<br>**0690 SW Bancroft Street**<br>**Portland, OR 97239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | Basis for the claim: __Grant with OHSU regenerative medicine__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Oliver-Tolas Health Care Packaging**<br>**Account #04796**<br>**905 Pennsylvania Blvd.**<br>**Festerville, PA 19053** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | Basis for the claim: __Precautionary.__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Olsson Industrial Electric/Olsson Contro**<br>**POB 70413**<br>**Eugene, OR 97401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | Basis for the claim: __Precautionary.__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,351.42 |
|---|---|---|---|

**Online Business Systems**
**400 S.W. 6th Ave., Suite 500**
**Portland, OR 97204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __IT Infrastructure and support__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $326.10 |
|---|---|---|---|

**Oregon Dept of Environmental Quality**
**3150 NW 229th Ave. #150**
**Hillsboro, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade Creditor__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oregon Dept of Revenue**
**POB 14725**
**Salem, OR 97309-5018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oregon Employment Department**
**875 Union Street NE**
**Salem, OR 97311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Oregon Health & Science Univ**
**Mail Code  L002**
**3181 SW Sam Jackson Park Rd.**
**Portland, OR 97239-3098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Rental of laboratories at NW Gynecolory Center__
__(Peterkort office). Debtor is tenant.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oregon Secretary of State**
**Corporate Division**
**255 Capitol St NE Suite 151**
**Salem, OR 97310-1327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Original Cin**
**7814 SE Center St**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Owens & Minor**
**NUS/SPM200-05-D-6200**
**Attn: CH87**
**Bldg 2434, 20th Street**
**Fort Campbell, KY 42223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jody Oyama**
**9710 SW Hialeah Drive**
**Beaverton   97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary. Former employee.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAETEC, a Windstream Company**
**POB 9001013**
**Louisville, KY 40290-1013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Telecommunications provider.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pape Material Handling**
**POB 5077**
**Portland, OR 97208-5077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pardam, s r.o.**
**Jindrissk  2025**
**Pardubice,**
**530 02**
**CZECH REPUBLIC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Alexander Peek**
**1440 208th Dr.**
**Seward, NE 68434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Unsecured Loan**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Jared Peek**
**1440 208th Dr.**
**Seward, NE 68434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **2/16/2015**

Basis for the claim:  **Unsecured loan.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$9,720.39** |
| | **Perrin Pacific Corp** | ☐ Contingent |
| | **2363 NW Flanders St.** | ☐ Unliquidated |
| | **Portland, OR 97210** | ☐ Disputed |
| | Date or dates debt was incurred ___ | Basis for the claim:  __Commission / Agent for Japan.__ |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$0.00** |
| | **Point Monitor Corp** | ☐ Contingent |
| | **5863 Lakeview Blvd** | ☐ Unliquidated |
| | **Suite 100** | ☐ Disputed |
| | **Lake Oswego, OR 97035** | |
| | Date or dates debt was incurred ___ | Basis for the claim:  __Precautionary.__ |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$0.00** |
| | **Portland General Electric** | ☐ Contingent |
| | **POB 4438** | ☐ Unliquidated |
| | **Portland, OR 97208-4438** | ☐ Disputed |
| | Date or dates debt was incurred ___ | Basis for the claim:  __Precautionary.__ |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$0.00** |
| | **Potter Clarkson LLP** | ☐ Contingent |
| | **The Belgrave Center, Talbot Street** | ☐ Unliquidated |
| | **Nottingham, UK, NG1 5GG** | ☐ Disputed |
| | **UNITED KINGDOM** | |
| | Date or dates debt was incurred ___ | Basis for the claim:  __Precautionary. Patent services.__ |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$2,060.00** |
| | **Premier Purchasing Partners, LP** | ☐ Contingent |
| | **BOX 847650** | ☐ Unliquidated |
| | **Los Angeles, CA 90084-7650** | ☐ Disputed |
| | Date or dates debt was incurred ___ | Basis for the claim:  __Trade Creditor__ |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$597.00** |
| | **Premier Purchasing Partners, LP** | ☐ Contingent |
| | **BOX 847650** | ☐ Unliquidated |
| | **Los Angeles, CA 90084-7650** | ☐ Disputed |
| | Date or dates debt was incurred ___ | Basis for the claim:  __Trade Creditor__ |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$0.00** |
| | **Primex ehf** | ☐ Contingent |
| | **Oskarsgata 7** | ☐ Unliquidated |
| | **580 Siglifjordur, Iceland** | ☐ Disputed |
| | **ICELAND** | |
| | Date or dates debt was incurred ___ | Basis for the claim:  __Precautionary.__ |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes |

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Professional Testing Lab**
714 Glenwood Pl
Dalton, GA 30721

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,516.16 |
|---|---|---|---|

**Providence Health Sys - Oregon**
Misc. Cash - Research
Attn: Sue Rich / Joan Fegel
POB 13993
Portland, OR 97213

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Chitosan Technology license agreement.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Qosina, Inc**
150-Q Executive Drive
Edgewood, NY 11717-8329

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,818.90 |
|---|---|---|---|

**Quality Bioresources, Inc.**
1015 North Austin Street
Seguin, TX 78155

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Product manufacturing services.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Quality Control Services, Inc.**
2340 SE 11th Ave.
Portland, OR 97293

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Regence BlueCross Blue Shield**
200 SW Market St.
Portland, OR 97201

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,707.43 |
|---|---|---|---|

**Lora Remington**
12047 SW Tualatin Road, #325
Tualatin, OR 97062

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Deferred bonus.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |
|---|---|---|---|

**Rose City Moving & Storage**
**5130 N. Basin**
**Portland, OR 97217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Storage unit rental.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAIF Corporation**
**400 High St SE**
**Salem, OR 97312-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,062.28 |
|---|---|---|---|

**Julie Saltamachio**
**14377 SE Meadows Lane**
**Clackamas, OR 97015**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Deferred bonus.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,500.02 |
|---|---|---|---|

**Stuart Sands**
**2165 NW Everett Steet**
**Portland, OR 97210**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Deferred bonus.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stan Schroeder**
**25621 Bridgewater Lane**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SEC**
**Attn: Bankruptcy Counsel**
**444 South Flower Street, Suite 900**
**Los Angeles, CA 90071-9591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary Notice Only.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Security Signs**
**2424 SE Holgate Blvd**
**Portland, OR 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,685.01** |
|---|---|---|---|

**Michelle Sells**
**3501 Burlington Dr**
**Newberg, OR 97132**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  Deferred bonus.

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Seneca Medical**
**85 Shaffer Park Dr**
**Tiffin, OH 44883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  Precautionary.

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Shaanxi Pioneer Biotech Co., Ltd.**
**No. 11 Daqing Road**
**Lianhu District**
**Xi'an 710082**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  Precautionary.

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Bill Shields**
**3095 SW 66Th Court**
**Portland   97225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  Precautionary. Former employee.

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Shusaku Yamamoto**
**POB 31001-1267**
**Pasadena, CA 91110-1267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  Precautionary.

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,506.01** |
|---|---|---|---|

**Sigma-Aldrich, Inc.**
**POB 535182**
**Atlanta, GA 30353-5182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  Trade Creditor

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Smart & Biggar**
**55 Metcalfe St., Ste. 900**
**POB 2999, Station D**
**Ottawa, ON K1P 5Y6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  Precautionary.

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,450.00 |
|---|---|---|---|

**SP Scientific - Hull**
**POB 48324**
**Newark, NJ 07101-4850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade Creditor__

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,768.65 |
|---|---|---|---|

**Andrew Sprague**
**10601 SW Tigard Street, #4**
**Tigard, OR 97223**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Deferred bonus.__

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218,162.47 |
|---|---|---|---|

**SSOE Group**
**7431 NW Evergreen Parkway, Suite 210**
**Portland, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Building contractor.__

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.79 |
|---|---|---|---|

**Staples Business Advantage**
**Dept. LA**
**POB 83689**
**Chicago, IL 60696-3689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade Creditor__

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|

**Barry Starkman**
**7447 SW Hergert Rd.**
**Cornelius, OR 97113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Arbirtration Award__

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stericycle Environmental Solutions**
**625 South 32nd Street**
**Washougal, WA 98671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,686.24 |
|---|---|---|---|

**STERIS Isomedix**
**Attention: Jessica Tibbetts**
**1000 S. Sarah Place**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Sterilization of Products__

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.200 | Nonpriority creditor's name and mailing address<br>**STERIS Isomedix**<br>**7828 North Nagel Ave.**<br>**Morton Grove, IL 60053** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,225.84** |
| --- | --- | --- | --- |
| | Date or dates debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: __Sterilization of Products__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | Nonpriority creditor's name and mailing address<br>**Stevens Integrated Solutions**<br>**4101 SE 26th Ave.**<br>**Portland, OR 97202** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date or dates debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: __Precautionary.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | Nonpriority creditor's name and mailing address<br>**Rachelle Stewart**<br>**1103 N Meridian St. Unit 4201**<br>**Newberg, OR 97132** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,914.40** |
| --- | --- | --- | --- |
| | Date or dates debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: __Deferred bonus.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address<br>**Sussex Associates, LP**<br>**Paul Conrad CPA - RA**<br>**2238 Woodland Park Dr.**<br>**Houston, TX 77077** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date or dates debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: __Additional notice.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | Nonpriority creditor's name and mailing address<br>**Taipei Economic & Cultural Rep Office**<br>**4201 Wisconsin Ave. NW**<br>**Washington, DC 20016** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date or dates debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: __Precautionary.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | Nonpriority creditor's name and mailing address<br>**Taylor Plumbing and Heating**<br>**Paul Taylor**<br>**14743 Hinebaugh Plz**<br>**Omaha, NE 68116** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date or dates debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: __Precautionary.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 | Nonpriority creditor's name and mailing address<br>**Paul Taylor**<br>**14743 Himebaugh Plaza**<br>**Omaha, NE 68116** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |
| --- | --- | --- | --- |
| | Date or dates debt was incurred __1/20/2015__<br>Last 4 digits of account number ___ | Basis for the claim: __Promissory Note.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Technopack Corporation**
7865 NW 46 St.
Miami, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Techstreet**
3916 Ranchero Drive
Ann Arbor, MI 48108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,747.20 |
|---|---|---|---|

**Amennie Tes**
15520 NE 85th Street
Vancouver, WA 98682

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Deferred bonus.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Texas Comptroller of Public Accounts**
POB 149348
Austin, TX 78714-9348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Dental Box Company, Inc.**
9807 Braewick Drive
Allison Park, PA 15101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Oregonian**
POB 9001049
Louisville, KY 40290-1049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thermo Electron North America, LLC**
POB 742775
Atlanta, GA 30374-2775

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,066.57 |
|---|---|---|---|

**Thermo Fisher Scientific**
POB 842339
Dallas, TX 75284-2339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thermo Fisher Scientific**
POB 712117
Cincinnati, OH 45271-2117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Additional notice.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ThreeJay Trustee Irrevocable Trust**
130 Industrial Blvd. STE 110
Sugarland, TX 77478

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tigers Global Logistics**
1100 Thorndale Ave.
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TM Electronics, Inc.**
45 Main Street
Boylston, MA 01505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400,000.00 |
|---|---|---|---|

**Topside Partners LP**
24200 SW Freeway, #402-286
Rosenberg, TX 77471

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Unsecured Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TQM Inc.**
3088 Elm Point Industrial Drive
St. Charles, MO 63301-4337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Trafinger Trustee Irrevocable Trust**
**130 Industrial Blvd. STE 110**
**Sugarland, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TransPak**
**10675 SW Manhasset Dr.**
**Tualatin, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,246.00 |
|---|---|---|---|

**Trilane Ltd.**
**Trust Company Complex**
**Ajeltake Rd.**
**Ajeltake Island, Majuro MH96960**
**MARSHALL ISLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Unsecured Loan/ Interest**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TriMet**
**M/S 02**
**POB 4300**
**Portland, OR 97208-9833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $313,704.12 |
|---|---|---|---|

**TriStar Wellness Solutions, Inc.**
**720 SW Washington**
**STE 200**
**Portland, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Intercompany Loan**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,245.00 |
|---|---|---|---|

**TSI Manufacturing LLC**
**60025 East Ridgeview Drive**
**Bend, OR 97702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Manufacturer.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**U.S. Department of State**
**Office of Authentications**
**44132 Mercure CIR POB 1206**
**Sterling, VA 20166-1206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.98 |

**ULINE Shipping Supply Spec**
**Attn: Accounts Receivable**
**2200 S. Lakeside Drive**
**Waukegan, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Trade Creditor__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**US Dept of Commerce US Commercial Svc**
**American Consulate General**
**Willi-Becker Alle 10, Attn: Ms. Uta Kir**
**D sseldorf 40227**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Precautionary.__

Last 4 digits of account number ___

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**VanderHouwen & Assoc.**
**6342 SW Macadam Ave.**
**Portland, OR 97239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Vendor Services Center**
**POB 15270**
**Irvine, CA 92623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Precautionary. Terminated UCC filing 89120514.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Verrill Dana LLP**
**33 Riverside Ave.**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Frederick A. Voight**
**c/o Michael W. Stockton**
**One Arts Plaza**
**1722 Routh St., Suite 1500**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Additional notice.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,404.00 |

**Frederick A. Voight**
**5834 Bridlewood Dr.**
**Richmond, TX 77469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Unsecured Loan/ Interest__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-30119-pcm11     Doc 70     Filed 01/29/16

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VWR (VMI)**
**POB 640169**
**Pittsburgh, PA 15264-0169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VWR Int'l, Inc.**
**12350 SW Tualatin Rd**
**Tualatin, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Judy Wadhams**
**815 North 95th St.**
**Lincoln, NE 68505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **1/20/2015**

Basis for the claim:   **Unsecured loan.**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patrick Wagner**
**3737 SW Council Crest Dr.**
**Portland   97239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Precautionary. Former employee.**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,934.36 |
|---|---|---|---|

**Jana L Wahl**
**11166 SE 30th Avenue**
**Milwaukie, OR 97222**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Deferred bonus.**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Waste Management of Oregon**
**Washington County**
**POB 78251**
**Phoenix, AZ 85062-8251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Precautionary.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37,500.00 |
|---|---|---|---|

**Michael Wax**
**1500 SW 5th Avenue, Unit 1106**
**Portland, OR 97201**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Deferred bonus.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.25 |
|---|---|---|---|

**Webfortis**
1966 Tice Valley Blvd.,
Suite #422
Walnut Creek, CA 94595

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** __Trade Creditor__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,238.21 |
|---|---|---|---|

**Stephanie Wiegman**
1460 SW Bertha Blvd, #16
Portland, OR 97219

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** __Deferred bonus.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,680.99 |
|---|---|---|---|

**Ervelyn Winata**
463 NE Natalie Street
Hillsboro, OR 97124

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** __Deferred bonus.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Windstream Communications**
4001 Rodney Parham Rd.
Little Rock, AR 72212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alysha C. Wold**
1655 NW Bridgeway Lane
Beaverton   97006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** __Precautionary. Former employee.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Woodruff-Sawyer & Co.**
POB 7466
San Francisco, CA 94120-9704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**World Cup Coffee & Tea Service, Inc.**
1740 NW Glisan
Portland, OR 97209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** __Precautionary.__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,741.31** |
|---|---|---|---|

**WuXi AppTec, Inc.**
**1265 Kennestone Circle**
**Marietta, GA 30066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Release testing on manufacturing.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Xenium Resources**
**7401 SW Washo Ct. Suite 200**
**Tualatin, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Xinlong Nonwovens (Beijing) Co., Ltd.**
**Room 1702, Building 1**
**Wanda Plaza, No. 93 Jianguo Rd**
**Chaoyang District, Beijing 100071**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Yankee Alliance**
**138 River Road**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 60,598.63 |
| **5b. Total claims from Part 2** | 5b. + | $ | 4,745,383.69 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,805,982.32 |

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

Fill in this information to identify the case:

Debtor name  **HemCon Medical Technologies, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known)  **16-30119-pcm11**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Employee health benefits services.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **AFLAC**<br>**Attn: Remittance Processing**<br>**1932 Wynnton Road**<br>**Columbus, GA 31993-0797** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Employee benefit services.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Allegiance Benefit Plan Mgmt**<br>**POB 4346**<br>**Missoula, MT 59806-4346** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **Off site document storage services.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Archive Systems, Inc.**<br>**23070 NE Townsend Way**<br>**Portland, OR 97024** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Sales tax management software services.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Avalara**<br>**435 Eriksen Ave., N.E.**<br>**Bainbridge Island, WA 98110** |

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **License and supply agreement.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bard Access Systems - M.Doc**<br>**605 North 5600 West**<br>**Salt Lake City, UT 84116** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Quality control release testing services.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Biotest Laboratories**<br>**9303 West Broadway Ave.**<br>**Brooklyn Park, MN 55445** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lab and storage space services.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Business Accelerator**<br>**Portland State University**<br>**351 NW 12th Ave.**<br>**Portland, OR 97209** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **European authorized representative and consulting services.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **CEpartner4U BV**<br>**POB 268**<br>**Elk River, MN 55330** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **IT Infrastructure and support services.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Covenant Technology Solutions, Inc.**<br>**15 SE 82nd Drive Suite 120**<br>**Gladstone, OR 97027** |

| 2.1 0. | State what the contract or lease is for and the nature of the debtor's interest | **Enterprise Resource Planning software implemetation services.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of | | **eSoftware Professionals**<br>**10450 SW Nimbus, Suite B**<br>**Portland, OR 97223** |

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **Sales support and consultancy services.** | |
|---|---|---|---|
| | State the term remaining | | **Essential Healthcare Management**<br>**Attn: Stan Schroeder, Managing Partner**<br>**216 Yorkshire Drive**<br>**Heath, TX 75032** |
| | List the contract number of any government contract | | |

| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **Document control software.** | |
|---|---|---|---|
| | State the term remaining | | **Gael Limited**<br>**Orion House**<br>**S.E. Technology Park**<br>**East Kilbride G75 0RD**<br>**SCOTLAND** |
| | List the contract number of any government contract | | |

| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 720 SW Washington Street. Debtor is tenant.** | |
|---|---|---|---|
| | State the term remaining | | **GPO Morgan LLC**<br>**Urban Renaissance Prop Co**<br>**720 SW Washington St, Suite 630**<br>**Portland, OR 97205** |
| | List the contract number of any government contract | | |

| 2.1 4. | State what the contract or lease is for and the nature of the debtor's interest | **Chitosan Technology license agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Dr. Kenton Gregory**<br>**9155 SW Barnes Road**<br>**Suite 240**<br>**Portland, OR 97225** |
| | List the contract number of any government contract | | |

| 2.1 5. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing contrator.** | |
|---|---|---|---|
| | State the term remaining | | **hi-tech Products**<br>**8530 Roland St.**<br>**Buena Park, CA 90621** |
| | List the contract number of any government contract | | |

Case 16-30119-pcm11     Doc 70     Filed 01/29/16



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 6. | State what the contract or lease is for and the nature of the debtor's interest | **China Agent Commission** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hua Xie**<br>**5929 NW Skycrest Pkwy**<br>**Portland, OR 97229** |

| 2.1 7. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Innovize**<br>**500 Oak Grove Parkway**<br>**St. Paul, MN 55127** |

| 2.1 8. | State what the contract or lease is for and the nature of the debtor's interest | **Calibration of QC release equipment** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Instron Corporation**<br>**75 Remittance Drive, Ste. 6826**<br>**Chicago, IL 60675-6826** |

| 2.1 9. | State what the contract or lease is for and the nature of the debtor's interest | **Broadband** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Integra Telecom, Inc.**<br>**POB 2966**<br>**Milwaukee, WI 53201-2966** |

| 2.2 0. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance premium financing agreement.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **IPFS  (Imperial Credit Corp)**<br>**POB 100391**<br>**Pasadena, CA 91189-0391** |

| 2.2 1. | State what the contract or lease is for and the nature of the debtor's interest | **Disability insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of | | **LifeMap/Regence Life and Health**<br>**POB 1271**<br>**MS E3A**<br>**Portland, OR 97207-1271** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| | | |
|---|---|---|
| 2.2 2. | State what the contract or lease is for and the nature of the debtor's interest | **Group purchasing agreement.** |
| | State the term remaining | **MedAssets, Inc** |
| | List the contract number of any government contract | **POB 741361**<br>**Atlanta, GA 30374-7413** |

| | | |
|---|---|---|
| 2.2 3. | State what the contract or lease is for and the nature of the debtor's interest | **Sales and distribution** |
| | State the term remaining | **Medline Industries, Inc.** |
| | List the contract number of any government contract | **9101 Riverside Pkwy**<br>**Lithia Springs, GA 30122-3869** |

| | | |
|---|---|---|
| 2.2 4. | State what the contract or lease is for and the nature of the debtor's interest | **Sales and distribution** |
| | State the term remaining | **Medline Sp.** |
| | List the contract number of any government contract | **Fabryczna 17**<br>**65-410 Zielona G ra**<br>**POLAND** |

| | | |
|---|---|---|
| 2.2 5. | State what the contract or lease is for and the nature of the debtor's interest | **Dental insurance-employees** |
| | State the term remaining | **MetLife Local Market** |
| | List the contract number of any government contract | **POB 804466**<br>**Kansas, MO 64180-4466** |

| | | |
|---|---|---|
| 2.2 6. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Advisor** |
| | State the term remaining | **Michel A. Boileau** |
| | List the contract number of any government contract | **75 Bond Street**<br>**Bend, OR 97702** |

Case 16-30119-pcm11     Doc 70     Filed 01/29/16



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Notified body for CE mark** | |
|---|---|---|---|
| | State the term remaining | | **NSAI Inc.**<br>**Nat'l Standards Auth. of Ireland**<br>**Finance & Administration**<br>**20 Trafalgar Square Suite 603**<br>**Nashua, NH 03063** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Grant with OHSU regenerative medicine** | |
|---|---|---|---|
| | State the term remaining | | **OHSU Proposal & Award**<br>**Mailcode L106OPAM**<br>**0690 SW Bancroft Street**<br>**Portland, OR 97239** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **IT Infrastructure and support** | |
|---|---|---|---|
| | State the term remaining | | **Online Business Systems**<br>**400 S.W. 6th Ave., Suite 500**<br>**Portland, OR 97204** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Rental of laboratories at NW Gynecolory Center (Peterkort office). Debtor is tenant.** | |
|---|---|---|---|
| | State the term remaining | | **Oregon Health & Science Univ**<br>**Mail Code  L002**<br>**3181 SW Sam Jackson Park Rd.**<br>**Portland, OR 97239-3098** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone services.** | |
|---|---|---|---|
| | State the term remaining | | **PAETEC, a Windstream Company**<br>**POB 9001013**<br>**Louisville, KY 40290-1013** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Commission / Agent for Japan.** | |
|---|---|---|---|
| | State the term remaining | | **Perrin Pacific Corp**<br>**2363 NW Flanders St.**<br>**Portland, OR 97210** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.3 3. | State what the contract or lease is for and the nature of the debtor's interest | **Group purchasing agreement.** |
| | State the term remaining | **Premier Purchasing Partners, LP** |
| | List the contract number of any government contract | **BOX 847650**<br>**Los Angeles, CA 90084-7650** |

| | | |
|---|---|---|
| 2.3 4. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution  services.** |
| | State the term remaining | **Prometheus Medical Ltd.**<br>**The Old Rectory** |
| | List the contract number of any government contract | **Hope Under Dinmore**<br>**Hereford, Herefordshire HR6 0PW**<br>**UNITED KINGDOM** |

| | | |
|---|---|---|
| 2.3 5. | State what the contract or lease is for and the nature of the debtor's interest | **Production Agreement.** |
| | State the term remaining | **Prometheus Medical Ltd.**<br>**The Old Rectory** |
| | List the contract number of any government contract | **Hope Under Dinmore**<br>**Hereford, Herefordshire HR6 0PW**<br>**UNITED KINGDOM** |

| | | |
|---|---|---|
| 2.3 6. | State what the contract or lease is for and the nature of the debtor's interest | **Sub-license Agreement.** |
| | State the term remaining | **Prometheus Medical Ltd.**<br>**The Old Rectory** |
| | List the contract number of any government contract | **Hope Under Dinmore**<br>**Hereford, Herefordshire HR6 0PW**<br>**UNITED KINGDOM** |

| | | |
|---|---|---|
| 2.3 7. | State what the contract or lease is for and the nature of the debtor's interest | **Chitosan Technology license agreement.** |
| | State the term remaining | **Providence Health Sys - Oregon**<br>**Misc. Cash - Research** |
| | List the contract number of any government contract | **Attn: Sue Rich / Joan Fegel**<br>**POB 13993**<br>**Portland, OR 97213** |

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

Debtor 1    **HemCon Medical Technologies, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)    **16-30119-pcm11**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3 8. | State what the contract or lease is for and the nature of the debtor's interest | **Product manufacturing services.** | |
|---|---|---|---|
| | State the term remaining | | **Quality Bioresources, Inc.** |
| | List the contract number of any government contract | | **1015 North Austin Street** |
| | | | **Seguin, TX 78155** |

| 2.3 9. | State what the contract or lease is for and the nature of the debtor's interest | **Employee health benefits services.** | |
|---|---|---|---|
| | State the term remaining | | **Regence BlueCross Blue Shield** |
| | List the contract number of any government contract | | **200 SW Market St.** |
| | | | **Portland, OR 97201** |

| 2.4 0. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution services.** | |
|---|---|---|---|
| | State the term remaining | | **Rene Smit International bv** |
| | List the contract number of any government contract | | **Parkweg 17a** |
| | | | **2585 JH Den Haag** |
| | | | **NETHERLANDS** |

| 2.4 1. | State what the contract or lease is for and the nature of the debtor's interest | **Storage unit rental.** | |
|---|---|---|---|
| | State the term remaining | | **Rose City Moving & Storage** |
| | List the contract number of any government contract | | **5130 N. Basin** |
| | | | **Portland, OR 97217** |

| 2.4 2. | State what the contract or lease is for and the nature of the debtor's interest | **Workers compensation insurance services.** | |
|---|---|---|---|
| | State the term remaining | | **SAIF Corporation** |
| | List the contract number of any government contract | | **400 High St SE** |
| | | | **Salem, OR 97312-1000** |

| 2.4 3. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Stuart Sands** |
| | List the contract number of | | **2165 NW Everett Steet** |
| | | | **Portland, OR 97210** |

Case 16-30119-pcm11    Doc 70    Filed 01/29/16



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| 2.4 4. | State what the contract or lease is for and the nature of the debtor's interest | **Sales and distribution** | |
| | State the term remaining | | **Solaris Electro Medical** |
| | List the contract number of any government contract | | **G22/A-1 Park Lane KDA Scheme #5 Karachi Lahore PAKISTAN** |

| 2.4 5. | State what the contract or lease is for and the nature of the debtor's interest | **401k services.** | |
| | State the term remaining | | **Standard Life 401K** |
| | List the contract number of any government contract | | **Attn: Accounts Receivable POB 1800 Portland, OR 97207** |

| 2.4 6. | State what the contract or lease is for and the nature of the debtor's interest | **Sterilization of Products** | |
| | State the term remaining | | **STERIS Isomedix** |
| | List the contract number of any government contract | | **2500 Commerce Drive Libertyville, IL 60048** |

| 2.4 7. | State what the contract or lease is for and the nature of the debtor's interest | **Sterilization of Products** | |
| | State the term remaining | | **STERIS Isomedix** |
| | List the contract number of any government contract | | **7828 North Nagel Ave. Morton Grove, IL 60053** |

| 2.4 8. | State what the contract or lease is for and the nature of the debtor's interest | **Third party logistics services.** | |
| | State the term remaining | | **Tigers Global Logistics** |
| | List the contract number of any government contract | | **1100 Thorndale Ave. Elk Grove Village, IL 60007** |

Case 16-30119-pcm11    Doc 70    Filed 01/29/16

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.4 9. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturer.** |
| | State the term remaining | |
| | List the contract number of any government contract | **TSI Manufacturing LLC** **60025 East Ridgeview Drive** **Bend, OR 97702** |

| 2.5 0. | State what the contract or lease is for and the nature of the debtor's interest | **Release testing on manufacturing.** |
| | State the term remaining | |
| | List the contract number of any government contract | **WuXi AppTec, Inc.** **1265 Kennestone Circle** **Marietta, GA 30066** |

| 2.5 1. | State what the contract or lease is for and the nature of the debtor's interest | **Group purchasing agreement.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Yankee Alliance** **138 River Road** **Andover, MA 01810** |

| 2.5 2. | State what the contract or lease is for and the nature of the debtor's interest | **Sales and distribution** |
| | State the term remaining | |
| | List the contract number of any government contract | **Zeria Pharmaceutical Co., Ltd.** **Zeria Pharmaceutical Co., Ltd.** **10-11, Nihonbashi Kobunacho** **Choku, Tokyo 103-8351** **JAPAN** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **TriStar Wellness Solutions, Inc.** | **720 SW Washington Ste 200 Portland, OR 97205** | **Larry L. Alloway** | ☐ D _____ ☑ E/F __3.9__ ☐ G _____ |
| 2.2 | **TriStar Wellness Solutions, Inc.** | **720 SW Washington Ste 200 Portland, OR 97205** | **James Barickman** | ☐ D _____ ☑ E/F __3.24__ ☐ G _____ |
| 2.3 | **TriStar Wellness Solutions, Inc.** | **720 SW Washington Ste 200 Portland, OR 97205** | **DayStar Funding LP** | ☐ D _____ ☑ E/F __3.53__ ☐ G _____ |
| 2.4 | **TriStar Wellness Solutions, Inc.** | **720 SW Washington Ste 200 Portland, OR 97205** | **Grace Christian Ministries, Inc** | ☐ D _____ ☑ E/F __3.83__ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | TriStar Wellness Solutions, Inc. | 720 SW Washington Ste 200 Portland, OR 97205 | John Linderman | ☐ D _____ ☑ E/F __3.120__ ☐ G _____ |
| 2.6 | TriStar Wellness Solutions, Inc. | 720 SW Washington Ste 200 Portland, OR 97205 | Alexander Peek | ☐ D _____ ☑ E/F __3.163__ ☐ G _____ |
| 2.7 | TriStar Wellness Solutions, Inc. | 720 SW Washington Ste 200 Portland, OR 97205 | Jared Peek | ☐ D _____ ☑ E/F __3.164__ ☐ G _____ |
| 2.8 | TriStar Wellness Solutions, Inc. | 720 SW Washington Ste 200 Portland, OR 97205 | Sussex Associates, LP | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.9 | TriStar Wellness Solutions, Inc. | 720 SW Washington Ste 200 Portland, OR 97205 | Paul Taylor | ☐ D _____ ☑ E/F __3.206__ ☐ G _____ |
| 2.10 | TriStar Wellness Solutions, Inc. | 720 SW Washington Ste 200 Portland, OR 97205 | Topside Partners LP | ☐ D _____ ☑ E/F __3.219__ ☐ G _____ |
| 2.11 | TriStar Wellness Solutions, Inc. | 720 SW Washington Ste 200 Portland, OR 97205 | Judy Wadhams | ☐ D _____ ☑ E/F __3.237__ ☐ G _____ |

Fill in this information to identify the case:

Debtor name    **HemCon Medical Technologies, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   **16-30119-pcm11**

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 29, 2016**     X **/s/ Michael Wax**
                                           Signature of individual signing on behalf of debtor

                                           **Michael Wax**
                                           Printed name

                                           **President & CEO**
                                           Position or relationship to debtor